# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Wardlaw, Kim M. | 2. Court or Organization<br><br>United States Court of Appeals for the Ninth Circuit | 3. Date of Report<br><br>03/23/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Circuit Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br><br>5b. ✔ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>**to**<br>12/31/2018 |

| 7. Chambers or Office Address |
|---|
| United States Court of Appeals for the Ninth Circuit<br>125 South Grand Avenue, Suite 500<br>Pasadena, CA 91105 |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | ▒▒▒▒▒▒▒▒▒ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 03/23/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 03/23/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wardlaw, Kim M.** | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ROTH IRA | | | | | | | | | |
| 2. CAPITAL GROUP CORE BOND FUND | D | Dividend | O | T | Buy | 01/30/18 | J | | |
| 3. | | | | | Buy | 02/27/18 | J | | |
| 4. | | | | | Sold (part) | 03/01/18 | J | A | |
| 5. | | | | | Buy | 03/28/18 | J | | |
| 6. | | | | | Buy | 04/27/18 | J | | |
| 7. | | | | | Buy | 05/30/18 | J | | |
| 8. | | | | | Buy | 06/28/18 | J | | |
| 9. | | | | | Buy | 07/30/18 | J | | |
| 10. | | | | | Buy | 08/30/18 | J | | |
| 11. | | | | | Buy | 09/27/18 | J | | |
| 12. | | | | | Buy | 10/30/18 | J | | |
| 13. | | | | | Buy | 11/29/18 | J | | |
| 14. | | | | | Buy | 12/28/18 | J | | |
| 15. CAPTIAL WORLD GROWTH AND INCOME FUND CL F3 | E | Dividend | O | T | Sold (part) | 03/01/18 | M | E | |
| 16. | | | | | Buy | 03/14/18 | J | | |
| 17. | | | | | Buy | 06/13/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Wardlaw, Kim M. | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | | Buy | 09/12/18 | J | | |
| 19. | | | | | | Buy | 12/18/18 | K | | |
| 20. | CREDIT SUISSE COMMODITY RETURN STRATEGY FUND CL I | B | Dividend | M | T | Buy | 03/01/18 | M | | |
| 21. | | | | | | Buy | 06/28/18 | J | | |
| 22. | | | | | | Buy | 09/27/18 | J | | |
| 23. | | | | | | Buy | 12/19/18 | J | | |
| 24. | AMERICAN FUNDS NEW ECONOMY FUND CL F3 | A | Dividend | L | T | Buy | 03/01/18 | M | | |
| 25. | | | | | | Buy | 12/19/18 | J | | |
| 26. | AMERICAN FUNDS NEW PERSPECTIVE FUND CL F3 | D | Dividend | O | T | Sold (part) | 02/01/18 | J | A | |
| 27. | | | | | | Sold (part) | 03/01/18 | M | E | |
| 28. | | | | | | Sold (part) | 04/26/18 | J | A | |
| 29. | | | | | | Sold (part) | 07/26/18 | J | A | |
| 30. | | | | | | Sold (part) | 10/25/18 | J | A | |
| 31. | | | | | | Buy | 12/21/18 | L | | |
| 32. | STATE STREET INSTL US GOVT MMKT INVESTOR CLASS FUND #5325 | A | Dividend | J | T | | | | | |
| 33. | VANGUARD REAL ESTATE INDEX ADMIRAL | D | Dividend | M | T | Buy | 03/01/18 | J | | |
| 34. | | | | | | Buy | 06/15/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wardlaw, Kim M.** | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | | Buy | 09/21/18 | J | | |
| 36. | | | | | | Buy | 12/12/18 | J | | |
| 37. | Schwab Pension Acct (IRA) | | | | | | | | | |
| 38. | Abbott Labs Com Stock | A | Dividend | K | T | | | | | |
| 39. | Alibaba Group | | Dividend | K | T | Buy | 09/14/18 | K | | |
| 40. | Alphabet Com Stock | | None | L | T | | | | | |
| 41. | Apple Corp Com Stock | B | Dividend | K | T | | | | | |
| 42. | Berkshire Hathaway | | None | L | T | | | | | |
| 43. | Blackrock Inc Com Stock | B | Dividend | L | T | | | | | |
| 44. | Boeing Co. | B | Dividend | L | T | | | | | |
| 45. | Celgene Corp | | None | K | T | | | | | |
| 46. | Cerner Corp Com Stock | | None | K | T | | | | | |
| 47. | Charles Schwab Com Stock | A | Dividend | K | T | | | | | |
| 48. | Chevron Corp Com Stock | B | Dividend | L | T | | | | | |
| 49. | Chubb Ltd | A | Dividend | K | T | | | | | |
| 50. | Citicorp | B | Dividend | K | T | | | | | |
| 51. | Colgate-Palmolive Com Stock | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Conocophillips Com Stock | A | Dividend | K | T | | | | | |
| 53. Costco Wholesale Inc | A | Dividend | K | T | | | | | |
| 54. Danaher Corp Com Stock | A | Dividend | K | T | | | | | |
| 55. The Walt Disney Co. Com Stock | A | Dividend | K | T | | | | | |
| 56. Eog Resources Inc. | B | Dividend | K | T | Buy | 09/14/18 | K | | |
| 57. Fortive Corp. | A | Dividend | | | Sold | 11/02/18 | K | E | |
| 58. GE Com Stock | A | Dividend | | | Sold | 03/29/18 | K | A | |
| 59. Gilead Sciences Inc. | B | Dividend | | | Sold | 09/12/18 | K | | |
| 60. Intel Corp Com Stock | B | Dividend | K | T | | | | | |
| 61. Intuit Inc. | A | Dividend | L | T | Sold (part) | 10/31/18 | K | E | |
| 62. JP Morgan Chase Com Stock | B | Dividend | L | T | | | | | |
| 63. Lowes Companies | B | Dividend | L | T | | | | | |
| 64. Merck & Co Com Stock | B | Dividend | L | T | | | | | |
| 65. Nextera Energy | B | Dividend | K | T | | | | | |
| 66. Nike Inc Com Stock | A | Dividend | | | Sold | 12/26/18 | L | E | |
| 67. Novo - Nordisk | A | Dividend | K | T | | | | | |
| 68. Oracle Corp | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | Paypal Holdings Inc | | None | | | Sold | 03/02/18 | K | E | |
| 70. | Pepsico Inc Com Stock | B | Dividend | L | T | | | | | |
| 71. | Raytheon Com Stock | A | Dividend | K | T | | | | | |
| 72. | Roche Hldg Ltd | | None | K | T | | | | | |
| 73. | Schlumberger Ltd | A | Dividend | K | T | | | | | |
| 74. | Sempra Energy Com Stock | A | Dividend | | | Sold | 10/31/18 | K | E | |
| 75. | Stryker Com Stock | A | Dividend | K | T | | | | | |
| 76. | Taiwan Semiconducter Com Stock | B | Dividend | L | T | | | | | |
| 77. | TCP Capital Corp | B | Dividend | | | Sold | 10/31/18 | J | | |
| 78. | Time Warner Inc | A | Dividend | | | Sold | 06/15/18 | K | E | |
| 79. | TJX Com Stock | B | Dividend | L | T | | | | | |
| 80. | Union Pacific Corp Com Stock | B | Dividend | L | T | | | | | |
| 81. | United Health Group | A | Dividend | L | T | Buy | 03/07/18 | K | | |
| 82. | Verizon Com Stock | B | Dividend | L | T | | | | | |
| 83. | IShares MSCI Index Fund | C | Dividend | M | T | | | | | |
| 84. | IShares Small Cap Index Fund | B | Dividend | M | T | | | | | |
| 85. | Vanguard Emerging Market Fund | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wardlaw, Kim M.** | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   CAPITAL TRUST ACCOUNT | | | | | | | | | |
| 87.   ABBOTT LABORATORIES | A | Dividend | K | T | Buy | 01/30/18 | K | | |
| 88. | | | | | Buy | 01/31/18 | J | | |
| 89. | | | | | Buy | 02/01/18 | J | | |
| 90.   ACCENTURE PLC US$ | A | Dividend | K | T | Buy | 01/16/18 | K | | |
| 91.   ACTIVISION BLIZZARD INC | A | Dividend | L | T | Buy | 08/22/18 | K | | |
| 92. | | | | | Buy | 11/15/18 | J | | |
| 93. | | | | | Buy | 12/07/18 | J | | |
| 94.   AES CORP COM | B | Dividend | K | T | Buy | 06/04/18 | J | | |
| 95. | | | | | Sold<br>(part) | 11/27/18 | J | B | |
| 96. | | | | | Sold<br>(part) | 11/28/18 | K | D | |
| 97.   AGIOS PHARMACEUTICALS INC | | None | | | Buy | 01/16/18 | K | | |
| 98. | | | | | Sold<br>(part) | 12/07/18 | J | | |
| 99. | | | | | Sold | 12/10/18 | J | | |
| 100.   AIA GROUP LTD | B | Dividend | M | T | | | | | |
| 101.   AIRBUS GROUP SE | B | Dividend | M | T | Buy | 12/13/18 | J | | |
| 102.   Alphabet Inc | A | None | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  Alphabet Inc | C | None | K | T | | | | | |
| 104.  AMADEUS IT GROUP SA | A | Dividend | | | Sold<br>(part) | 03/01/18 | J | C | |
| 105. | | | | | Sold<br>(part) | 03/05/18 | J | C | |
| 106. | | | | | Sold<br>(part) | 03/22/18 | J | B | |
| 107. | | | | | Sold<br>(part) | 03/23/18 | J | C | |
| 108. | | | | | Sold<br>(part) | 03/26/18 | J | C | |
| 109. | | | | | Sold<br>(part) | 03/27/18 | J | A | |
| 110. | | | | | Sold | 04/17/18 | K | D | |
| 111.  Amazon Corp Inc. | | None | L | T | | | | | |
| 112.  AMERICA MOVIL S.A.B. DE C.V. | A | Dividend | | | Buy | 01/12/18 | K | | |
| 113. | | | | | Buy | 01/16/18 | J | | |
| 114. | | | | | Sold | 11/27/18 | J | A | |
| 115.  AMERICAN FUNDS DEVELOPING<br>WORLD GROWTH AND INCOME FUND<br>CL F3` | F | Dividend | P1 | T | Buy | 03/23/18 | J | | |
| 116. | | | | | Buy | 06/22/18 | K | | |
| 117. | | | | | Buy | 09/06/18 | M | | |
| 118. | | | | | Buy | 09/21/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 119. | | | | | | Buy | 10/18/18 | L | | |
| 120. | | | | | | Sold<br>(part) | 12/17/18 | O | A | |
| 121. | | | | | | Buy | 12/24/18 | J | | |
| 122. | AMERICAN FUNDS EUROPACIFIC GROWTH FUND CL F3 | F | Distribution | P1 | T | Buy | 06/13/18 | K | | |
| 123. | | | | | | Sold<br>(part) | 12/17/18 | L | A | |
| 124. | | | | | | Buy | 12/20/18 | K | | |
| 125. | AMERICAN FUNDS INFLATION LINKED BOND FUND CL F3 | E | Dividend | O | T | Buy | 09/06/18 | L | | |
| 126. | | | | | | Buy | 10/18/18 | K | | |
| 127. | | | | | | Buy | 12/19/18 | K | | |
| 128. | AMERICAN FUNDS HIGH-INCOME MUNICIPAL BOND FUND CL F3 | E | Dividend | N | T | Buy | 01/31/18 | J | | |
| 129. | | | | | | Buy | 02/28/18 | J | | |
| 130. | | | | | | Buy | 03/29/18 | J | | |
| 131. | | | | | | Buy | 04/30/18 | J | | |
| 132. | | | | | | Buy | 05/31/18 | J | | |
| 133. | | | | | | Buy | 06/29/18 | J | | |
| 134. | | | | | | Buy | 07/31/18 | J | | |
| 135. | | | | | | Buy | 08/31/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 136. | | | | | Buy | 09/28/18 | J | | |
| 137. | | | | | Buy | 10/31/18 | J | | |
| 138. | | | | | Buy | 11/30/18 | J | | |
| 139. | | | | | Buy | 12/31/18 | J | | |
| 140. AMERICAN FUNDS NEW ECONOMY FUND CL F3 | E | Dividend | P1 | T | Buy | 12/19/18 | M | | |
| 141. AMERICAN FUNDS NEW PERSPECTIVE FUND CL F3 | E | Dividend | P1 | T | Buy | 12/21/18 | M | | |
| 142. AMERICAN FUNDS NEW WORLD FUND CL F3 | E | Dividend | P1 | T | Buy | 09/06/18 | M | | |
| 143. | | | | | Buy | 10/18/18 | M | | |
| 144. | | | | | Sold<br>(part) | 12/17/18 | O | A | |
| 145. | | | | | Buy | 12/21/18 | K | | |
| 146. AMERICAN FUNDS SMALL CAP WORLD FUND CL F3 | G | Distribution | P1 | T | Buy | 09/06/18 | J | | |
| 147. | | | | | Buy | 12/24/18 | M | | |
| 148. AMERICAN TOWER CORP | B | Dividend | L | T | | | | | |
| 149. ANALOG DEVICES INC | | None | | | Sold | 01/23/18 | J | C | |
| 150. AON PLC | A | Dividend | K | T | Buy | 08/23/18 | J | | |
| 151. | | | | | Buy | 08/24/18 | J | | |
| 152. APPLE INC | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 153. ASAHI KASEI CORP | B | Dividend | L | T | | | | | |
| 154. ASML HOLDING NV | B | Dividend | L | T | Sold<br>(part) | 08/14/18 | J | C | |
| 155. | | | | | Sold<br>(part) | 08/20/18 | J | B | |
| 156. | | | | | Sold<br>(part) | 08/22/18 | J | A | |
| 157. | | | | | Sold<br>(part) | 09/14/18 | J | B | |
| 158. | | | | | Sold<br>(part) | 10/03/18 | K | C | |
| 159. ASSA ABLOY AB CL B | A | Dividend | J | T | Sold<br>(part) | 08/08/18 | K | A | |
| 160. | | | | | Sold<br>(part) | 08/09/18 | J | A | |
| 161. ASTRAZENECA PLC ADR | A | Dividend | K | T | | | | | |
| 162. ASTRAZENECA PLC (GBP) | B | Dividend | L | T | Buy | 10/18/18 | K | | |
| 163. BANK OF NEW YORK MELLON CORP | B | Dividend | K | T | Buy | 07/11/18 | J | | |
| 164. | | | | | Sold<br>(part) | 10/25/18 | J | A | |
| 165. | | | | | Sold<br>(part) | 10/26/18 | K | A | |
| 166. BAY AREA TOLL AUTH SAN FRAN CA 17H (MPT) SF 2.125% 04-01-53/25 | B | Interest | M | T | Buy | 01/10/18 | M | | |
| 167. | | | | | Buy | 01/10/18 | M | | |
| 168. BCA MARKETPLACE PLC | A | Dividend | K | T | Buy | 10/18/18 | J | | |
| 169. BLUEBIRD BIO INC COM | | None | | | Buy | 02/05/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wardlaw, Kim M.** | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 170. | | | | | Buy | 02/07/18 | J | | |
| 171. | | | | | Sold<br>(part) | 10/01/18 | J | A | |
| 172. | | | | | Sold<br>(part) | 10/18/18 | J | A | |
| 173. | | | | | Buy | 11/20/18 | J | | |
| 174. | | | | | Sold | 12/17/18 | J | A | |
| 175.  BNP PARIBAS | A | Dividend | | | Sold<br>(part) | 04/25/18 | K | D | |
| 176. | | | | | Sold<br>(part) | 04/26/18 | J | B | |
| 177. | | | | | Sold<br>(part) | 04/30/18 | J | C | |
| 178. | | | | | Sold | 11/20/18 | J | A | |
| 179.  BOEING CO | A | Dividend | K | T | | | | | |
| 180.  BRENNTAG AG | A | Dividend | | | Buy | 02/22/18 | J | | |
| 181. | | | | | Sold | 12/11/18 | J | A | |
| 182.  BRITISH AMERICAN TOBACCO PLC | B | Dividend | | | Buy | 04/23/18 | J | | |
| 183. | | | | | Buy | 05/25/18 | J | | |
| 184. | | | | | Sold | 10/18/18 | K | A | |
| 185.  BROADCOM LTD | A | Dividend | | | Sold<br>(part) | 01/04/18 | J | D | |
| 186. | | | | | Buy | 03/21/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wardlaw, Kim M.** | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 187. | | | | | Distributed | 04/05/18 | J | A | TO LINE 188<br>(Broadcom) |
| 188. BROADCOM INC COM | C | Dividend | M | T | Spinoff<br>(from line 187) | 04/05/18 | J | | |
| 189. | | | | | Buy | 04/19/18 | J | | |
| 190. | | | | | Buy | 07/10/18 | J | | |
| 191. | | | | | Buy | 08/15/18 | K | | |
| 192. | | | | | Buy | 08/16/18 | K | | |
| 193. | | | | | Buy | 08/20/18 | J | | |
| 194. C H ROBINSON WORLDWIDE INC | A | Dividend | | | Sold<br>(part) | 07/06/18 | J | A | |
| 195. | | | | | Sold | 07/09/18 | J | A | |
| 196. CA ED FAC UNIV OF SAN FRANCISCO<br>5.0% 10/01/21 | | None | | | Redeemed | 01/03/18 | J | A | |
| 197. CA HLTH FAC CEDAR-SINAI MED 5.0%<br>8/15/21 | D | Interest | M | T | | | | | |
| 198. CA HLTH HENRY MAYO NEWHALL<br>MEM HOSP AGM 1 | C | Interest | M | T | | | | | |
| 199. CA INFRA EDB ACADEMY OF<br>SCIENCES 18B FRN (L*0.7+38) 08-01-47 | A | Interest | M | T | Buy | 07/25/18 | M | | |
| 200. CA INFRA EDB J. PAUL GETTY 13A-2<br>FRN (L 0.7 50) (MPT) SF 10-01-47/04-0 | B | Interest | M | T | | | | | |
| 201. CA INFRA EDB J. PAUL GETTY<br>15B-1 SIFMA +28BP FRN (MPT) SF<br>10-01-47/04- | A | Interest | | | Redeemed | 04/05/18 | M | | |
| 202. CA PUB WKS LEASE REV 17B5.0%<br>10-01-22 | C | Interest | | | Redeemed | 04/05/18 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 203. CA PUB WKS LEASE REV VAR PROJ 131 5.0% 11-01-19 | D | Interest | M | T | | | | | |
| 204. CA PUB WKS REGENTS UNIV CA C1 5.0% 03/01/19 | D | Interest | M | T | | | | | |
| 205. CA ST ECON REC 09A 5.0% 07/01/20 | C | Interest | M | T | | | | | |
| 206. CA ST GO 5.0% 02/01/20 | C | Interest | M | T | | | | | |
| 207. CA ST GO 5.0% 09/01/24 | D | Interest | M | T | | | | | |
| 208. CA ST GO VETERANS SFM PAC (100-500) 18CR 4.0% 12/01/48 | | None | M | T | Buy | 09/27/18 | M | | |
| 209. CA ST GO5.0% 11/01/23 | C | Interest | M | T | Buy | 01/29/18 | M | | |
| 210. CA ST GO5.0% 11/01/24 | C | Interest | M | T | Buy | 01/12/18 | M | | |
| 211. CA STWD ADVENTIST HLTH SYSTEMS WEST 15A 5.0% 03/01/26 | C | Interest | M | T | | | | | |
| 212. CA STWD ST JOSEPH HLTH FSA 4.5% 07/01/18 | B | Int./Div. | | | Matured | 07/02/18 | K | | |
| 213. CA STWD UCI APT 5.0% 05/15/24 | C | Interest | M | T | | | | | |
| 214. CA ST GO 5.0% 10/01/2021 | C | Interest | L | T | Buy | 01/03/18 | L | | |
| 215. CALIFORNIA STATEWIDE CMNTYS DE VAR REV VAR 08/15/2047 | A | Interest | M | T | Buy | 08/06/18 | M | | |
| 216. CARLSBERG A/S B | B | Dividend | L | T | Buy | 02/07/18 | J | | |
| 217. | | | | | Buy | 10/19/18 | J | | |
| 218. CERNER CORP | | None | | | Sold (part) | 01/26/18 | J | C | |
| 219. | | | | | Sold (part) | 01/30/18 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 220. | | | | | Sold<br>(part) | 02/05/18 | K | D | |
| 221. | | | | | Sold<br>(part) | 02/06/18 | K | D | |
| 222. | | | | | Sold | 02/20/18 | J | C | |
| 223. CHINA TOWER CORP LTD H | | None | J | T | Buy | 12/14/18 | J | | |
| 224. | | | | | Buy | 12/20/18 | J | | |
| 225. | | | | | Buy | 12/28/18 | J | | |
| 226. CHEVRON CORP | C | Dividend | L | T | | | | | |
| 227. CHUBB LTD | A | Dividend | K | T | | | | | |
| 228. CLEARWATER FL WTR/SWR B 5.0%<br>12/01/18 | D | Interest | | | Matured | 12/03/18 | M | | |
| 229. CME GROUP INC | D | Dividend | M | T | Buy | 07/19/18 | J | | |
| 230. COCA-COLA CO | A | Dividend | K | T | Sold<br>(part) | 04/20/18 | J | A | |
| 231. | | | | | Sold<br>(part) | 04/23/18 | J | A | |
| 232. COMCAST CORP CL A | A | Dividend | K | T | | | | | |
| 233. COMPAGNIE FINANCIERE<br>RICHEMONT SA REG | | None | | | Sold<br>(part) | 07/12/18 | J | B | |
| 234. | | | | | Sold<br>(part) | 07/13/18 | J | B | |
| 235. | | | | | Sold<br>(part) | 07/16/18 | J | A | |
| 236. | | | | | Sold | 07/17/18 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wardlaw, Kim M.** | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 237.  CONOCOPHILLIPS | A | Dividend | | | Sold<br>(part) | 01/19/18 | J | A | |
| 238. | | | | | Sold | 02/21/18 | J | B | |
| 239.  COSTCO WHOLESALE CORP | A | Dividend | K | T | Buy | 06/21/18 | J | | |
| 240. | | | | | Buy | 07/09/18 | K | | |
| 241. | | | | | Buy | 09/14/18 | J | | |
| 242. | | | | | Buy | 09/25/18 | K | | |
| 243. | | | | | Sold<br>(part) | 12/17/18 | K | A | |
| 244.  CROWN CASTLE INTERNATIONAL<br>CORP | B | Dividend | L | T | | | | | |
| 245.  CSX CORP | A | Dividend | L | T | | | | | |
| 246.  DANAHER CORP | A | Dividend | K | T | | | | | |
| 247.  DANONE | | None | L | T | Buy | 05/31/18 | J | | |
| 248.  DEERE & CO | B | Dividend | L | T | Buy | 01/10/18 | J | | |
| 249. | | | | | Sold<br>(part) | 12/03/18 | J | A | |
| 250.  DENSO CORP | A | Dividend | J | T | | | | | |
| 251.  DIAGEO PLC | A | Dividend | K | T | Buy | 10/18/18 | J | | |
| 252.  DIAGEO PLC SPONSORED ADR | A | Dividend | J | T | | | | | |
| 253.  DKSH HOLDING LTD | A | Dividend | K | T | Buy | 10/19/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 254. DNB ASA | B | Dividend | K | T | Buy | 01/10/18 | J | | |
| 255. | | | | | Buy | 06/21/18 | J | | |
| 256. | | | | | Sold (part) | 12/18/18 | J | A | |
| 257. DOLLAR GENERAL CORP | A | Dividend | | | Sold (part) | 04/02/18 | J | B | |
| 258. | | | | | Sold (part) | 04/06/18 | J | B | |
| 259. | | | | | Sold | 04/13/18 | K | D | |
| 260. DOWDUPONT INC | | None | | | Sold | 01/18/18 | K | D | |
| 261. DSV A/S | A | Dividend | J | T | Buy | 01/23/18 | J | | |
| 262. | | | | | Buy | 01/24/18 | J | | |
| 263. | | | | | Buy | 01/25/18 | J | | |
| 264. EATON CORP PLC | A | Dividend | | | Sold (part) | 07/26/18 | K | D | |
| 265. | | | | | Sold (part) | 08/14/18 | J | C | |
| 266. | | | | | Sold | 08/16/18 | J | C | |
| 267. ELECTRONIC ARTS | | None | | | Buy | 10/01/18 | K | | |
| 268. | | | | | Sold | 12/17/18 | J | A | |
| 269. ENBRIDGE INC C$ | C | Dividend | L | T | Buy | 01/18/18 | J | | |
| 270. | | | | | Sold (part) | 04/19/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 271. | | | | | Sold (part) | 04/20/18 | J | A | |
| 272. | | | | | Sold (part) | 04/25/18 | J | A | |
| 273. | | | | | Sold (part) | 04/26/18 | K | A | |
| 274. | | | | | Sold (part) | 04/27/18 | K | A | |
| 275. | | | | | Sold (part) | 04/30/18 | K | A | |
| 276. | | | | | Sold (part) | 05/01/18 | J | A | |
| 277. | | | | | Buy | 06/04/18 | K | | |
| 278. | | | | | Buy | 06/05/18 | J | | |
| 279. | | | | | Buy | 06/06/18 | J | | |
| 280. | | | | | Buy | 06/07/18 | J | | |
| 281. | | | | | Buy | 06/08/18 | J | | |
| 282. | | | | | Buy | 06/29/18 | J | | |
| 283. | | | | | Buy | 11/01/18 | K | | |
| 284. | | | | | Buy | 11/07/18 | J | | |
| 285. | | | | | Sold (part) | 12/17/18 | J | A | |
| 286. ENBRIDGE INC US$ | A | Dividend | | | Sold (part) | 04/27/18 | J | A | |
| 287. | | | | | Sold (part) | 04/30/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 288. | | | | | Sold | 05/01/18 | J | A | |
| 289.  ENEL SPA | A | Dividend | K | T | Sold (part) | 12/18/18 | J | A | |
| 290.  EOG RESOURCES INC | A | Dividend | K | T | Buy | 04/04/18 | J | | |
| 291.  EQUIFAX INC | A | Dividend | K | T | Sold (part) | 12/17/18 | J | A | |
| 292.  EQUINIX INC COM | A | Dividend | | | Buy | 08/16/18 | J | | |
| 293. | | | | | Sold | 12/17/18 | J | A | |
| 294.  ERICSSON (LM) B | A | Dividend | K | T | Buy | 01/18/18 | J | | |
| 295.  ESSILOR INTL | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 296. | | | | | Buy | 05/14/18 | J | | |
| 297. | | | | | Buy | 05/15/18 | J | | |
| 298.  ESSILORLUXOTTICA | | None | L | T | Buy | 11/14/18 | J | | |
| 299.  Express Script Holding Co. | | None | | | Sold | 12/21/18 | K | D | |
| 300.  EXXON MOBIL CORP | | None | | | Sold | 01/30/18 | K | | |
| 301.  FACEBOOK INC-A | | None | J | T | Buy | 03/29/18 | J | | |
| 302. | | | | | Buy | 07/10/18 | K | | |
| 303. | | | | | Buy | 08/16/18 | J | | |
| 304. | | | | | Sold (part) | 11/21/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 305. | | | | | Sold<br>(part) | 12/17/18 | J | | |
| 306. FANUC CO | A | Dividend | | | Sold<br>(part) | 01/22/18 | K | | |
| 307. | | | | | Sold<br>(part) | 05/09/18 | K | | |
| 308. | | | | | Sold | 05/11/18 | J | | |
| 309. FIRST REPUBLIC BANK | A | Dividend | | | Buy | 08/06/18 | J | | |
| 310. | | | | | Sold | 12/17/18 | J | A | |
| 311. GENMAB AS | | None | K | T | Buy | 01/25/18 | J | | |
| 312. | | | | | Buy | 01/30/18 | J | | |
| 313. | | | | | Sold<br>(part) | 06/21/18 | J | A | |
| 314. | | | | | Buy | 07/23/18 | J | | |
| 315. | | | | | Sold<br>(part) | 10/18/18 | J | A | |
| 316. | | | | | Buy | 11/19/18 | J | | |
| 317. | | | | | Buy | 11/20/18 | J | | |
| 318. | | | | | Buy | 11/21/18 | J | | |
| 319. | | | | | Buy | 11/22/18 | J | | |
| 320. | | | | | Buy | 12/14/18 | J | | |
| 321. GILEAD SCIENCES INC | B | Dividend | K | R | Buy | 06/04/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wardlaw, Kim M.** | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 322. | | | | | Sold<br>(part) | 12/17/18 | K | A | |
| 323. GIVAUDAN | A | Dividend | J | T | | | | | |
| 324. GLENDALE CA REDEV AGY TAX ALLOC BAM 4.0% 12/01/23 | A | Interest | | | Sold | 01/25/18 | M | A | |
| 325. GLOBAL PAYMENTS INC | A | Dividend | K | T | Buy | 11/28/18 | J | | |
| 326. GODADDY INC CL A | | None | M | T | Buy | 01/18/18 | J | | |
| 327. GOLDEN ST TOBACCO SEC CORP ST APPROP 13A 5.0% 06/01/21 | C | Interest | M | T | | | | | |
| 328. GOLDEN ST TOBACCO SEC CORP ST APPROP 13A 5.0% 06/01/29 | C | Interest | M | T | | | | | |
| 329. GUAM BUSS PRIVILEGE TAX 11A 5.0% 01/01/18 | C | Interest | | | Matured | 01/02/18 | M | A | |
| 330. HAMAMATSU PHOTONIC KK | A | Dividend | K | T | | | | | |
| 331. HDFC BANK LTD | A | Dividend | K | T | | | | | |
| 332. HELMERICH & PAYNE | A | Dividend | | | Buy | 01/05/18 | J | | |
| 333. | | | | | Sold | 12/17/18 | J | A | |
| 334. HERMES INTERNATIONAL | A | Dividend | J | T | | | | | |
| 335. HEXCEL CORP | A | Dividend | K | T | Sold<br>(part) | 01/03/18 | J | B | |
| 336. | | | | | Sold<br>(part) | 01/04/18 | J | B | |
| 337. HILTON WORLDWIDE HOLDINGS INC | A | Dividend | L | T | Buy | 01/10/18 | J | | |
| 338. | | | | | Buy | 01/11/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 339. | | | | | Buy | 04/11/18 | J | | |
| 340. | | | | | Buy | 05/10/18 | J | | |
| 341. | | | | | Buy | 06/04/18 | J | | |
| 342. | | | | | Buy | 11/02/18 | J | | |
| 343. | | | | | Sold (part) | 12/17/18 | K | A | |
| 344. HOSHIZAKI CORP | A | Dividend | | | Sold | 12/18/18 | J | A | |
| 345. HUMANA INC | A | Dividend | | | Sold | 08/15/18 | J | C | |
| 346. HUNTINGTON BANCSHARES INC | A | Dividend | J | T | Sold (part) | 12/17/18 | J | A | |
| 347. HYUNDAI MTR CO SP ADR | A | Dividend | J | T | Buy | 01/04/18 | J | | |
| 348. | | | | | Buy | 01/09/18 | J | | |
| 349. | | | | | Buy | 06/21/18 | J | | |
| 350. | | | | | Buy | 06/25/18 | J | | |
| 351. | | | | | Buy | 06/29/18 | J | | |
| 352. | | | | | Sold (part) | 10/19/18 | J | A | |
| 353. | | | | | Sold (part) | 10/22/18 | J | A | |
| 354. | | | | | Sold (part) | 10/23/18 | J | A | |
| 355. | | | | | Sold (part) | 10/24/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 356. | | | | | Sold<br>(part) | 10/25/18 | J | A | |
| 357. | | | | | Sold<br>(part) | 11/02/18 | J | A | |
| 358. | | | | | Sold<br>(part) | 11/06/18 | J | A | |
| 359. | | | | | Sold<br>(part) | 11/07/18 | J | A | |
| 360. | | | | | Buy | 12/18/18 | J | | |
| 361. | | | | | Buy | 12/19/18 | J | | |
| 362. IBERDROLA SA | A | Distribution | K | T | | | | | |
| 363. IDEX CORP | A | Dividend | K | T | | | | | |
| 364. IMPERIAL BRANDS PLC | B | Dividend | | | Sold<br>(part) | 03/16/18 | K | A | |
| 365. | | | | | Buy | 04/16/18 | J | | |
| 366. | | | | | Sold | 12/18/18 | J | A | |
| 367. INCYTE CORP | | None | | | Sold<br>(part) | 10/16/18 | J | A | |
| 368. | | | | | Sold | 10/17/18 | K | A | |
| 369. INTEGRA LIFESCIENCES HLDGS CP<br>COM NEW | | None | J | T | Buy | 02/05/18 | J | | |
| 370. | | | | | Buy | 02/06/18 | J | | |
| 371. | | | | | Buy | 02/08/18 | J | | |
| 372. INTEL CORP | B | Dividend | L | T | Buy | 01/05/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 373.  INTERCONTINENTAL EXCHANGE INC | A | Dividend | L | T | Buy | 02/15/18 | K | | |
| 374. | | | | | Buy | 02/23/18 | J | | |
| 375. | | | | | Buy | 02/26/18 | J | | |
| 376.  IRVINE CA REASSMT DIST 15-2 5.0% 09/02/29 | C | Interest | M | T | | | | | |
| 377.  JACK HENRY & ASSOC INC | A | Dividend | K | T | | | | | |
| 378.  JARDINE MATHESON HLD (SINGAPORE) | A | Dividend | K | T | | | | | |
| 379.  JCDECAUX SA | A | Dividend | J | T | Sold (part) | 12/18/18 | J | A | |
| 380.  JOHNSON & JOHNSON | A | Dividend | K | T | Buy | 02/21/18 | J | | |
| 381. | | | | | Buy | 12/13/18 | J | | |
| 382.  JPMORGAN CHASE & CO | C | Dividend | L | T | Buy | 01/09/18 | K | | |
| 383. | | | | | Sold (part) | 09/24/18 | J | B | |
| 384. | | | | | Sold (part) | 10/02/18 | J | D | |
| 385. | | | | | Sold (part) | 12/06/18 | K | A | |
| 386.  KBC GROEP NV | B | Dividend | K | T | Buy | 01/10/18 | J | | |
| 387. | | | | | Sold (part) | 06/07/18 | J | A | |
| 388. | | | | | Sold (part) | 06/11/18 | J | A | |
| 389. | | | | | Sold (part) | 06/14/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 390. | | | | | Sold<br>(part) | 06/18/18 | J | A | |
| 391. | | | | | Sold<br>(part) | 06/20/18 | J | A | |
| 392. | | | | | Sold<br>(part) | 06/28/18 | J | A | |
| 393. | | | | | Sold<br>(part) | 06/29/18 | J | A | |
| 394. | | | | | Sold<br>(part) | 10/10/18 | J | A | |
| 395. | | | | | Sold<br>(part) | 10/16/18 | J | A | |
| 396. | | | | | Sold<br>(part) | 11/12/18 | J | A | |
| 397. KEYENCE CORP | A | Dividend | L | T | | | | | |
| 398. KONINKLIJKE KPN NV | A | Dividend | J | T | Sold<br>(part) | 10/18/18 | J | A | |
| 399. | | | | | Sold<br>(part) | 10/19/18 | J | A | |
| 400. | | | | | Buy | 12/03/18 | J | | |
| 401. | | | | | Buy | 12/04/18 | J | | |
| 402. | | | | | Buy | 12/05/18 | J | | |
| 403. LA CA USD 16A 5.0% 07/01/23 | C | Interest | M | T | | | | | |
| 404. LA CA USD COPS 12A 5.0% 10/01/22 | D | Interest | M | T | | | | | |
| 405. LA CA USD GO 16A 5.0% 07/01/24 | A | Interest | M | T | Buy | 07/16/18 | M | | |
| 406. LA CO CA MTA SALES TAX REV SR<br>PROP C 13A 5.0% 07/01/20 | C | Interest | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wardlaw, Kim M.** | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 407.  L'AIR LIQUIDE (L) | A | Dividend | K | T | | | | | |
| 408.  LAKE ELSINORE CA PUBLIC FING AUTH LOCAL 5.00% 09/01/2027 | C | Interest | L | T | Sold (part) | 09/04/18 | J | A | |
| 409.  LAS VEGAS SANDS CORP | D | Dividend | M | T | Buy | 10/18/18 | K | | |
| 410.  LILLY ELI & CO | A | Dividend | L | T | Buy | 01/10/18 | J | | |
| 411.  | | | | | Buy | 01/11/18 | J | | |
| 412.  LINDE PLC COM | A | Dividend | K | T | Buy | 11/01/18 | K | | |
| 413.  LINK REIT (REIT) | A | Dividend | K | T | | | | | |
| 414.  LLOYDS TSB GROUP PLC | A | Dividend | J | T | Buy | 10/18/18 | J | | |
| 415.  | | | | | Sold (part) | 12/18/18 | K | A | |
| 416.  LONDON STOCK EXCHANGE GROUP | A | Dividend | J | T | Buy | 02/02/18 | J | | |
| 417.  | | | | | Buy | 02/06/18 | J | | |
| 418.  | | | | | Sold (part) | 12/18/18 | J | A | |
| 419.  L'OREAL | A | Dividend | L | T | Buy | 10/18/18 | J | | |
| 420.  LVMH MOET HENNESSY VUITTON SE | A | Dividend | K | T | | | | | |
| 421.  MARSH & MCLENNAN COS INC | A | Dividend | K | T | | | | | |
| 422.  MERCK & CO INC | A | Dividend | J | T | | | | | |
| 423.  MICRO FOCUS INTERNATIONAL PLC | A | Dividend | | | Buy | 01/24/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wardlaw, Kim M.** | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 424. | | | | | Buy | 01/29/18 | J | | |
| 425. | | | | | Buy | 01/30/18 | J | | |
| 426. | | | | | Buy | 01/31/18 | J | | |
| 427. | | | | | Buy | 02/01/18 | J | | |
| 428. | | | | | Sold (part) | 04/03/18 | J | A | |
| 429. | | | | | Buy | 05/09/18 | J | | |
| 430. | | | | | Sold (part) | 08/17/18 | J | A | |
| 431. | | | | | Sold (part) | 08/20/18 | J | A | |
| 432. | | | | | Sold (part) | 08/23/18 | J | A | |
| 433. | | | | | Sold | 08/29/18 | J | A | |
| 434. MICROSOFT CORP | A | Dividend | L | T | | | | | |
| 435. MONDELEZ INTERNATIONAL INC | A | Dividend | K | T | Buy | 01/30/18 | J | | |
| 436. | | | | | Buy | 02/01/18 | K | | |
| 437. | | | | | Buy | 02/21/18 | J | | |
| 438. MODERN TIMES GROUP B | A | Dividend | J | T | | | | | |
| 439. MONSANTO CO NEW COM | A | Dividend | | | Sold (part) | 01/19/18 | K | D | |
| 440. | | | | | Sold (part) | 02/09/18 | J | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Wardlaw, Kim M. | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 441. | | | | | Sold | 02/13/18 | J | C | |
| 442. MOODYS CORP | A | Dividend | L | T | | | | | |
| 443. MURATA MANUFACTURING CO LTD | A | Dividend | L | T | Buy | 12/05/18 | K | | |
| 444. NASDAQ INC | A | Dividend | J | T | Buy | 06/04/18 | J | | |
| 445. NASPERS LTD SPONSORED ADR | A | Dividend | L | T | Buy | 10/18/18 | J | | |
| 446. NATIONAL GRID PLC | | None | K | T | Buy | 10/18/18 | K | | |
| 447. NATIONAL GRID PLC SP ADR | A | Dividend | | | Sold | 12/17/18 | J | A | |
| 448. NESTLE NAM SPON ADR | A | Dividend | K | T | Sold<br>(part) | 11/21/18 | J | A | |
| 449. NESTLE SA REG | A | Dividend | L | T | Buy | 07/12/18 | K | | |
| 450. | | | | | Buy | 10/19/18 | K | | |
| 451. NEWELL BRANDS INC | A | Dividend | | | Buy | 01/30/18 | J | | |
| 452. | | | | | Buy | 01/31/18 | J | | |
| 453. | | | | | Sold<br>(part) | 08/08/18 | J | A | |
| 454. | | | | | Sold<br>(part) | 08/09/18 | J | A | |
| 455. | | | | | Sold | 08/14/18 | J | A | |
| 456. NIELSEN HOLDINGS PLC | | None | | | Sold | 01/17/18 | J | C | |
| 457. NIKE INC CL B | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 458. NO CAL TRANSMISSION (TANC) OR PROJECT 16A 5.0% 05/01/24 | D | Interest | M | T | | | | | |
| 459. NORTHROP GRUMMAN CORP | A | Dividend | | | Buy | 07/26/18 | K | | |
| 460. | | | | | Buy | 09/13/18 | J | | |
| 461. | | | | | Buy | 10/01/18 | J | | |
| 462. | | | | | Sold (part) | 12/10/18 | K | A | |
| 463. | | | | | Sold | 12/17/18 | K | A | |
| 464. NORWEGIAN CRUISE LINE HOLDINGS LTD | | None | | | Sold (part) | 06/22/18 | J | A | |
| 465. | | | | | Sold (part) | 07/18/18 | J | A | |
| 466. | | | | | Sold (part) | 07/23/18 | J | A | |
| 467. | | | | | Sold (part) | 07/24/18 | J | A | |
| 468. | | | | | Sold (part) | 07/31/18 | J | A | |
| 469. | | | | | Sold | 08/09/18 | J | A | |
| 470. NOVO NORDISK A/S CL B | B | Dividend | L | T | Sold (part) | 09/12/18 | K | B | |
| 471. NOVO NORDISK A/S CL B ADR | A | Dividend | | | Sold | 05/30/18 | K | D | |
| 472. NTT DOCOMO | A | Dividend | J | T | | | | | |
| 473. NUTRIEN LTD COM | A | Dividend | K | T | Spinoff (from line 486) | 01/04/18 | J | | POTASH CORP OF SASKATCHEWA |
| 474. OAKLAND USD ALAMEDA CNTY CA 17A 5.0% 08/01/20 | C | Interest | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 475. OCCIDENTAL PETROLEUM CORP | A | Dividend | | | Sold (part) | 01/18/18 | K | D | |
| 476. | | | | | Sold | 01/19/18 | J | B | |
| 477. OR PROVIDENCE LHTH C SIFMA +100 FRN (MPT) 10/01/22-09/15/18 | B | Interest | | | Sold | 09/17/18 | L | A | |
| 478. ORACLE CORP JAPAN | | None | | | Sold (part) | 02/21/18 | J | C | |
| 479. | | | | | Sold | 03/05/18 | J | C | |
| 480. PALM DESERT REDEV CA BAM 17A 5.0% 10/01/26 | D | Interest | M | T | | | | | |
| 481. PASADENA CA CDP .0% 02/01/20 | | None | L | T | | | | | |
| 482. PERNOD RICARD SA | A | Dividend | L | T | | | | | |
| 483. PHILIP MORRIS INTERNATIONA INC | B | Dividend | K | T | Buy | 02/09/18 | K | | |
| 484. | | | | | Buy | 10/22/18 | J | | |
| 485. | | | | | Buy | 12/13/18 | K | | |
| 486. POTASH CORP OF SASKATCHEWAN INC C$ | | None | | | Distributed | 01/04/18 | J | A | (SEE LINE 473 NUTRIEN LTD) |
| 487. PRAXAIR INC | A | Dividend | J | T | | | | | |
| 488. PROCTOR & GAMBLE CO | A | Dividend | | | Sold | 08/15/18 | J | B | |
| 489. PRUDENTIAL PLC | A | Dividend | J | T | | | | | |
| 490. QUALCOMM INC | B | Distribution | K | T | Buy | 02/27/18 | K | | |
| 491. | | | | | Sold (part) | 04/26/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Wardlaw, Kim M. | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 492. | | | | | Sold (part) | 08/15/18 | L | D | |
| 493. RECKITT BENCKISER GROUP PLC | B | Dividend | L | T | Buy | 06/05/18 | J | | |
| 494. | | | | | Buy | 11/29/18 | K | | |
| 495. RENAISSANCERE HLDGS LTD | A | Dividend | K | T | Buy | 04/25/18 | J | | |
| 496. | | | | | Buy | 04/30/18 | J | | |
| 497. RHEINMETALL AG | A | Dividend | | | Buy | 02/27/18 | J | | |
| 498. | | | | | Buy | 02/28/18 | J | | |
| 499. | | | | | Buy | 03/01/18 | J | | |
| 500. | | | | | Sold (part) | 10/18/18 | J | A | |
| 501. | | | | | Sold | 10/26/18 | J | A | |
| 502. RIO TINTO PLC REG | A | Dividend | J | T | | | | | |
| 503. ROCHE HOLDING AG GENUSSCHEIN | A | Dividend | | | Sold (part) | 01/30/18 | K | A | |
| 504. | | | | | Sold (part) | 01/31/18 | K | A | |
| 505. | | | | | Sold (part) | 02/02/18 | J | A | |
| 506. | | | | | Sold | 06/21/18 | J | A | |
| 507. ROYAL CARIBBEAN CRUISES | A | Dividend | | | Sold (part) | 01/03/18 | J | C | |
| 508. | | | | | Sold (part) | 01/04/18 | J | C | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 509. | | | | | Sold (part) | 04/05/18 | K | D | |
| 510. | | | | | Sold (part) | 05/15/18 | J | C | |
| 511. | | | | | Sold | 06/21/18 | J | C | |
| 512. ROYAL DUTCH SHELL CL B ADR | D | Dividend | L | T | Buy | 02/21/18 | J | | |
| 513. | | | | | Buy | 09/25/18 | J | | |
| 514. | | | | | Buy | 09/26/18 | J | | |
| 515. | | | | | Buy | 10/18/18 | J | | |
| 516. | | | | | Sold (part) | 12/17/18 | K | A | |
| 517. RYANAIR HOLDINGS PLC SP ADR | | None | K | T | Buy | 01/08/18 | J | | |
| 518. | | | | | Sold (part) | 10/16/18 | K | A | |
| 519. | | | | | Sold (part) | 10/16/18 | K | A | |
| 520. | | | | | Buy | 11/19/18 | J | | |
| 521. | | | | | Buy | 12/04/18 | J | | |
| 522. | | | | | Buy | 12/07/18 | J | | |
| 523. SAFRAN SA | B | Dividend | M | T | Buy | 10/02/18 | K | | |
| 524. | | | | | Sold (part) | 12/18/18 | K | A | |
| 525. SAMPO OYJ A SHS | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 526.  SAMSONITE INTERNATIONAL SA | A | Dividend | K | T | Sold<br>(part) | 12/18/18 | J | A | |
| 527.  SAN DIEGO CA REGL AIRPORT A 5.0%<br>07/01/18 | C | Interest | | | Matured | 07/02/18 | L | A | |
| 528.  SAN DIEGO CA USD GO 17H-25.0%<br>07/01/20 | C | Interest | | | Distributed | 11/13/18 | J | A | To Line 529 |
| 529.  SAN DIEGO CALIF UNI SCH DIST GO<br>BDS H-2 5.00% 07/01/2020 | | None | M | T | Spinoff<br>(from line 528) | 11/13/18 | J | | |
| 530.  SAN FRAN ARPT 2ND 06F NATL-FGIC<br>5.25% 05/01/20 | D | Interest | M | T | | | | | |
| 531.  SAN JUAN CALIF UNI SCH DIST GO<br>BDS DTD 01/22/2019 4.00% 08/01/2025 | | None | M | T | Buy | 12/19/18 | M | | |
| 532.  SAN RAMON CA REDEV TAX ALLOC<br>BAM 15A 5.0% 02/01/24 | C | Interest | M | T | | | | | |
| 533.  SANTA CRUZ CA REDEV TAX ALLOC<br>16A 5.0% 09/01/25 | D | Interest | M | T | | | | | |
| 534.  SAP SE | A | Dividend | K | T | Buy | 03/22/18 | J | | |
| 535. | | | | | Buy | 07/10/18 | J | | |
| 536. | | | | | Sold<br>(part) | 12/18/18 | J | A | |
| 537.  SCHLUMBERGER LTD | B | Dividend | K | T | Buy | 01/10/18 | K | | |
| 538. | | | | | Buy | 01/18/18 | J | | |
| 539. | | | | | Buy | 10/18/18 | K | | |
| 540. | | | | | Sold<br>(part) | 12/17/18 | K | A | |
| 541.  SCPPA MAGNOLIA PWR 11-A 5.00%<br>07/01/20 | C | Interest | M | T | | | | | |
| 542.  SCPPA MEAD-ADELANTO 12A 5.0%<br>07/01/18 | D | Interest | | | Matured | 07/02/18 | M | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 543.  SEATTLE GENETICS INC | | None | K | T | Buy | 02/05/18 | J | | |
| 544. | | | | | Buy | 02/06/18 | J | | |
| 545. | | | | | Buy | 10/17/18 | J | | |
| 546. | | | | | Buy | 10/18/18 | J | | |
| 547. | | | | | Sold<br>(part) | 12/17/18 | K | A | |
| 548.  SEMPRA ENERGY | B | Dividend | K | T | | | | | |
| 549.  SES FDR CL A (PARIS) | A | Dividend | J | T | Sold<br>(part) | 12/18/18 | J | A | |
| 550.  SHIN ETSU CHEM CO LTD | A | Dividend | K | T | Buy | 01/18/18 | K | | |
| 551. | | | | | Buy | 03/22/18 | J | | |
| 552. | | | | | Buy | 07/03/18 | J | | |
| 553. | | | | | Sold<br>(part) | 10/18/18 | K | A | |
| 554. | | | | | Sold<br>(part) | 10/19/18 | K | A | |
| 555. | | | | | Buy | 11/20/18 | K | | |
| 556. | | | | | Buy | 11/21/18 | K | | |
| 557.  SMS CORP | A | Dividend | K | T | Sold<br>(part) | 02/15/18 | K | D | |
| 558.  SOFTBANK GROUP CORP | A | Dividend | K | T | Sold<br>(part) | 11/28/18 | K | A | |
| 559.  STARBUCKS CORP | A | Dividend | K | T | Sold<br>(part) | 07/03/18 | J | B | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 560. | | | | | Sold<br>(part) | 07/09/18 | J | A | |
| 561. | | | | | Sold<br>(part) | 08/16/18 | J | D | |
| 562.   STATE STREET CORP | A | Dividend | | | Buy | 01/29/18 | J | | |
| 563. | | | | | Buy | 01/30/18 | J | | |
| 564. | | | | | Buy | 01/31/18 | J | | |
| 565. | | | | | Buy | 02/15/18 | J | | |
| 566. | | | | | Buy | 02/16/18 | J | | |
| 567. | | | | | Buy | 03/21/18 | J | | |
| 568. | | | | | Sold<br>(part) | 10/17/18 | J | A | |
| 569. | | | | | Sold<br>(part) | 10/18/18 | K | A | |
| 570. | | | | | Sold | 12/17/18 | J | A | |
| 571.   STATE STREET INSTITUTIONAL<br>TREAS MMKT FD PREM | C | Dividend | J | T | | | | | |
| 572.   STATE STREET INSTL US GOVT MMKT<br>FUND | D | Dividend | P1 | T | | | | | |
| 573.   STEEL DYNAMICS INC | A | Dividend | | | Buy | 02/14/18 | J | | |
| 574. | | | | | Buy | 02/16/18 | J | | |
| 575. | | | | | Sold | 12/07/18 | J | A | |
| 576.   SVB FINANCIAL GROUP | | None | K | T | Buy | 12/13/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wardlaw, Kim M.** | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 577. SVENSKA HANDELSBANKEN AB CL A SHS | A | Dividend | J | T | Buy | 06/08/18 | J | | |
| 578. | | | | | Buy | 06/11/18 | J | | |
| 579. | | | | | Buy | 06/12/18 | J | | |
| 580. | | | | | Buy | 06/14/18 | J | | |
| 581. | | | | | Buy | 06/15/18 | J | | |
| 582. | | | | | Buy | 06/18/18 | J | | |
| 583. | | | | | Buy | 06/19/18 | J | | |
| 584. | | | | | Buy | 06/20/18 | J | | |
| 585. | | | | | Buy | 06/28/18 | J | | |
| 586. | | | | | Buy | 06/29/18 | J | | |
| 587. | | | | | Sold (part) | 12/11/18 | J | A | |
| 588. | | | | | Sold (part) | 12/18/18 | J | A | |
| 589. TAIWAN SEMICONDUCTOR SPONS ADR | C | Dividend | M | T | Buy | 11/29/18 | K | | |
| 590. TEMPUR SEALY INTERNATIONAL INC | | None | | | Sold (part) | 03/01/18 | J | A | |
| 591. | | | | | Sold | 03/05/18 | J | A | |
| 592. TENCENT HOLDINGS LTD COM | A | Dividend | | | Buy | 03/21/18 | J | | |
| 593. | | | | | Buy | 03/23/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 594. | | | | | Sold | 10/18/18 | J | A | |
| 595. TEXAS INSTRUMENTS INC | A | Dividend | J | T | | | | | |
| 596. TORONTO DOMINION BANK | A | Dividend | J | T | Buy | 06/20/18 | J | | |
| 597. | | | | | Sold (part) | 12/17/18 | J | A | |
| 598. TRANSDESIGN GROUP INC | | None | K | T | | | | | |
| 599. TUOLUMNE WIND REV CA TURLOCK IRR DT 5.25% 01/01/24 | D | Interest | M | T | | | | | |
| 600. TURLOCK CA IRR DIST 5.0% 01/01/19 | C | Interest | L | T | | | | | |
| 601. UBS GROUP AG | A | Dividend | | | Sold | 06/21/18 | J | A | |
| 602. UC REGENTS CA LTD PROJ 12G 5.0% 05/15/22 | D | Interest | M | T | | | | | |
| 603. UNI-CHARM CORP | | None | J | T | Buy | 11/30/18 | J | | |
| 604. UNITEDHEALTH GROUP INC | A | Dividend | L | T | Buy | 05/11/18 | J | | |
| 605. UNIV SOUTH CALIFORNIA CA 12A 5.0% 10/01/23 | B | Interest | M | T | Buy | 07/17/18 | M | | |
| 606. VANGUARD REAL ESTATE INDEX ADMIRAL | E | Dividend | P1 | T | Buy | 02/13/18 | P1 | | |
| 607. | | | | | Buy | 03/23/18 | J | | |
| 608. | | | | | Buy | 06/15/18 | J | | |
| 609. | | | | | Buy | 09/21/18 | K | | |
| 610. | | | | | Buy | 10/18/18 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wardlaw, Kim M.** | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 611. | | | | | Buy | 12/12/18 | J | | |
| 612. VERISIGN INC | | None | | | Sold | 01/11/18 | J | D | |
| 613. VERIZON COMMUNICATIONS | A | Dividend | | | Sold | 02/21/18 | J | A | |
| 614. VIACOM INC CLASS B | A | Dividend | | | Sold | 05/17/18 | K | B | |
| 615. VISA INC CL A | A | Dividend | M | T | | | | | |
| 616. VODAFONE GROUP PLC | B | Dividend | J | T | Sold (part) | 08/16/18 | K | A | |
| 617. | | | | | Sold (part) | 08/17/18 | J | A | |
| 618. | | | | | Buy | 12/14/18 | J | | |
| 619. VTECH HOLDINGS LTD | C | Dividend | J | T | Buy | 10/19/18 | K | | |
| 620. | | | | | Sold (part) | 11/22/18 | J | A | |
| 621. | | | | | Sold (part) | 11/26/18 | J | A | |
| 622. | | | | | Sold (part) | 11/28/18 | J | A | |
| 623. | | | | | Sold (part) | 11/30/18 | J | A | |
| 624. | | | | | Sold (part) | 12/05/18 | J | A | |
| 625. | | | | | Sold (part) | 12/21/18 | J | A | |
| 626. | | | | | Sold (part) | 12/24/18 | J | A | |
| 627. | | | | | Sold (part) | 12/27/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 628. WALGREENS BOOTS ALLIANCE INC | A | Dividend | K | T | Buy | 06/05/18 | J | | |
| 629. | | | | | Buy | 06/07/18 | J | | |
| 630. | | | | | Buy | 06/18/18 | J | | |
| 631. | | | | | Buy | 06/28/18 | J | | |
| 632. WASTE CONNECTIONS INC | A | Dividend | K | T | | | | | |
| 633. WASTE MANAGEMENT INC | | None | | | Sold | 02/21/18 | J | D | |
| 634. WELLS FARGO & CO | B | Dividend | | | Buy | 10/18/18 | J | | |
| 635. | | | | | Sold | 12/17/18 | J | A | |
| 636. WESTINGHOUSE AIR BRAKE TECHNOLOGIES CORP (DBA WABTEC CORP) | A | Dividend | | | Buy | 08/01/18 | J | | |
| 637. | | | | | Buy | 08/15/18 | J | | |
| 638. | | | | | Buy | 08/17/18 | J | | |
| 639. | | | | | Buy | 08/20/18 | J | | |
| 640. | | | | | Buy | 09/06/18 | J | | |
| 641. | | | | | Buy | 09/10/18 | J | | |
| 642. | | | | | Buy | 11/02/18 | J | | |
| 643. | | | | | Sold<br>(part) | 12/07/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wardlaw, Kim M.** | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 644. | | | | | Sold<br>(part) | 12/11/18 | J | A | |
| 645. | | | | | Sold<br>(part) | 12/12/18 | J | A | |
| 646. | | | | | Sold<br>(part) | 12/27/18 | J | A | |
| 647. | | | | | Sold | 12/31/18 | J | A | |
| 648. WYNN MACAU LTD | A | Dividend | | | Buy | 07/20/18 | J | | |
| 649. | | | | | Buy | 07/23/18 | J | | |
| 650. | | | | | Buy | 10/05/18 | J | | |
| 651. | | | | | Sold<br>(part) | 11/22/18 | J | A | |
| 652. | | | | | Sold | 11/23/18 | J | A | |
| 653. XILINX INC | A | Dividend | | | Sold<br>(part) | 03/27/18 | J | B | |
| 654. | | | | | Sold | 04/11/18 | J | A | |
| 655. YUM BRANDS INC | A | Dividend | K | T | | | | | |
| 656. YUM CHINA HOLDINGS INC | A | Dividend | | | Sold<br>(part) | 06/01/18 | J | B | |
| 657. | | | | | Sold<br>(part) | 07/10/18 | J | C | |
| 658. | | | | | Sold | 07/11/18 | J | C | |
| 659. | | | | | | | | | |
| 660. Trust #2 | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 661. AMERICAN FUNDS DEVELOPING WORLD GROWTH AND INCOME FUND CL F3 | B | Dividend | L | T | Sold (part) | 02/23/18 | J | A | |
| 662. | | | | | Buy | 03/23/18 | J | | |
| 663. | | | | | Sold (part) | 03/26/18 | J | A | |
| 664. | | | | | Buy | 06/22/18 | J | | |
| 665. | | | | | Buy | 09/21/18 | J | | |
| 666. | | | | | Buy | 12/24/18 | J | | |
| 667. CAPITAL GROUP ALTERNATIVE STRATEGIES FUND, LP | | None | O | T | Buy | 09/27/18 | K | | |
| 668. CAPITAL GROUP CA CORE MUNICIPAL FUND | D | Dividend | O | T | Buy | 01/30/18 | J | | |
| 669. | | | | | Buy | 02/23/18 | L | | |
| 670. | | | | | Buy | 02/27/18 | J | | |
| 671. | | | | | Sold (part) | 03/26/18 | K | A | |
| 672. | | | | | Buy | 03/28/18 | J | | |
| 673. | | | | | Buy | 04/27/18 | J | | |
| 674. | | | | | Buy | 05/30/18 | J | | |
| 675. | | | | | Sold (part) | 06/22/18 | J | A | |
| 676. | | | | | Buy | 06/28/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 677. | | | | | Buy | 07/30/18 | J | | |
| 678. | | | | | Buy | 08/30/18 | J | | |
| 679. | | | | | Buy | 09/27/18 | J | | |
| 680. | | | | | Buy | 10/30/18 | J | | |
| 681. | | | | | Buy | 11/29/18 | J | | |
| 682. | | | | | Sold (part) | 12/17/18 | J | A | |
| 683. | | | | | Sold (part) | 12/18/18 | J | A | |
| 684. CAPITAL GROUP CA SHORT TERM MUNI FUND | D | Dividend | O | T | Buy | 01/30/18 | J | | |
| 685. | | | | | Buy | 02/23/18 | J | | |
| 686. | | | | | Buy | 02/27/18 | J | | |
| 687. | | | | | Sold (part) | 03/26/18 | J | A | |
| 688. | | | | | Buy | 03/28/18 | J | | |
| 689. | | | | | Buy | 04/27/18 | J | | |
| 690. | | | | | Buy | 05/30/18 | J | | |
| 691. | | | | | Sold (part) | 06/22/18 | J | A | |
| 692. | | | | | Buy | 06/28/18 | J | | |
| 693. | | | | | Buy | 07/30/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 694. | | | | | Buy | 08/30/18 | J | | |
| 695. | | | | | Buy | 09/27/18 | J | | |
| 696. | | | | | Buy | 10/30/18 | J | | |
| 697. | | | | | Buy | 11/29/18 | J | | |
| 698. | | | | | Sold (part) | 12/17/18 | J | A | |
| 699. | | | | | Sold (part) | 12/18/18 | J | A | |
| 700. | | | | | Buy | 12/28/18 | J | | |
| 701. CAPITAL GROUP GLOBAL EQUITY FUND | E | Dividend | P1 | T | Sold (part) | 02/01/18 | J | A | |
| 702. | | | | | Sold (part) | 02/23/18 | M | E | |
| 703. | | | | | Sold (part) | 04/26/18 | J | A | |
| 704. | | | | | Sold (part) | 06/22/18 | K | D | |
| 705. | | | | | Sold (part) | 07/26/18 | J | A | |
| 706. | | | | | Sold (part) | 10/25/18 | J | A | |
| 707. CGASF LIQUIDATING PORTFOLIO | | None | | | Sold | 09/27/18 | K | B | |
| 708. HARBOURVEST 2015 GLOBAL FUND HOLDINGS LP | | None | M | T | Buy | 03/29/18 | K | | |
| 709. | | | | | Buy | 06/28/18 | J | | |
| 710. | | | | | Buy | 09/28/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 711. | | | | | Buy | 12/21/18 | J | | |
| 712. HARBOURVEST 2017 GLOBAL FUND HOLDINGS LP | | None | M | T | Buy | 03/28/18 | K | | |
| 713. | | | | | Buy | 06/28/18 | K | | |
| 714. | | | | | Buy | 09/27/18 | J | | |
| 715. | | | | | Buy | 12/18/18 | K | | |
| 716. STATE STREET INSTL US GOVT MMKT INVESTOR CLASS FUND #5325 | A | Dividend | J | T | | | | | |
| 717. | | | | | | | | | |
| 718. MS Brokerage Asset Acct. | | | | | | | | | |
| 719. Alhambra CA Sch Dist 3.0% 08/01/26 | C | Interest | M | T | | | | | |
| 720. Amazon Inc. | | None | J | T | | | | | |
| 721. Belmont CA Fing Auth 4.0% 09/01/26 | C | Interest | M | T | | | | | |
| 722. Buttonwillow CA Sch Dist 5.5% 11/01/27 | C | Interest | L | T | | | | | |
| 723. CA St Dept Wtr 5.00% 05/01/21 | B | Interest | | | Redeemed | 05/01/18 | L | | |
| 724. CA ST GO 3.00% 03/01/29 | C | Interest | M | T | | | | | |
| 725. CA ST GO 5.00% 08/01/30 | D | Interest | M | T | | | | | |
| 726. CA ST GO 5.00% 08/01/33 | D | Interest | M | T | | | | | |
| 727. CA ST GO 4.00% 09/01/35 | D | Interest | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 728.  CA ST GO 5.00% 11/01/29 | D | Interest | M | T | Buy | 06/28/18 | M | | |
| 729.  CA ST FOR PREVIOUS ISSUE 5.00%<br>09/01/31 | D | Interest | M | T | Buy | 03/21/18 | M | | |
| 730.  CA ST FOR PREVIOUS ISSUE 4.00%<br>09/01/34 | D | Interest | M | T | | | | | |
| 731.  CA ST PUB WORKS 5.00% 11/01/34 | C | Interest | M | T | | | | | |
| 732.  CA ST Pub Works 5.25% 12/01/26 | D | Interest | M | T | | | | | |
| 733.  CA ST Pub Works 5.25% 06/01/20 | C | Interest | L | T | | | | | |
| 734.  CA ST Pub Works 4.200% 05/01/19 | C | Interest | M | T | | | | | |
| 735.  CA ST Pub Works 5.000% 09/01/29 | D | Interest | M | T | | | | | |
| 736.  CA ST Pub Works 3.00% 12/01/28 | C | Dividend | M | T | | | | | |
| 737.  CA ST Pub Works 3.375% 12/01/32` | C | Dividend | L | T | | | | | |
| 738.  CA ST Pub Works 5.25% 10/01/29 | D | Interest | M | T | Buy | 06/28/18 | M | | |
| 739.  Carmichael CA WTR Dist 5.0% 11/01/25 | B | Interest | L | T | | | | | |
| 740.  Chino Hills CA Tax Rev 4.25% 09/01/24 | B | Interest | L | T | | | | | |
| 741.  Chula Vista CA Sch Dist 4.0% 08/01/26 | D | Interest | M | T | | | | | |
| 742.  Colton CA Sch Dist 3.25% 08/01/26 | C | Interest | M | T | | | | | |
| 743.  Compton CA WTR Rev 5.625% 08/01/27 | D | Interest | M | T | | | | | |
| 744.  Contra Costa CA Community Coll. 4.0%<br>08/01/28 | C | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 745. Cupertino CA CTFS 3.0% 07/01/26 | C | Interest | M | T | | | | | |
| 746. Delano CA Sch Dist 4.000% 02/01/25 | C | Interest | M | T | | | | | |
| 747. Desert CA Comm Coll 5.00% 08/01/35 | D | Interest | M | T | | | | | |
| 748. East Bay CA Wtr Rev 5.00% 06/01/33 | D | Interest | M | T | | | | | |
| 749. East Side Sch Dist 5.0% 08/01/24 | C | Interest | L | T | | | | | |
| 750. El Monte CA Sch Dist 5.000% 06/01/22 | B | Interest | | | Redeemed | 06/11/18 | M | | |
| 751. Fairfield CA Sch Dist 4.000% 08/01/27 | C | Interest | L | T | | | | | |
| 752. Fairfield CA Sch Dist 3.0% 08/01/28 | C | Interest | M | T | | | | | |
| 753. Fontana CA Pub Fing 4.000% 09/01/18 | C | Interest | | | Matured | 09/04/18 | M | | |
| 754. Fremont CA Sch Dist 5.0% 08/01/25 | C | Interest | L | T | | | | | |
| 755. Glendora CA Sch Dist 4.000% 08/01/28 | C | Interest | M | T | | | | | |
| 756. Gilead Sci Inc | B | Dividend | K | T | Sold (part) | 11/08/18 | M | | |
| 757. Hemet CA Sch Dist 4.0% 08/01/23 | C | Interest | M | T | | | | | |
| 758. Hollister CA Sch Dist 5.00% 09/01/30 | C | Interest | L | T | | | | | |
| 759. Hollister CA Waste Wtr 5.00% 06/01/35 | D | Interest | M | T | | | | | |
| 760. Huntington Beach CA Pub Fing 5.0% 09/01/25 | C | Interest | M | T | | | | | |
| 761. Imperial CNTY CA Trans. 3.25% 06/01/23 | B | Interest | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 762. Illumina Inc | | None | L | T | | | | | |
| 763. Intercept Inc | | None | O | T | Buy | 01/25/18 | L | | |
| 764. | | | | | Buy | 11/08/18 | O | | |
| 765. Incyte Inc | | None | L | T | Sold (part) | 11/08/18 | M | | |
| 766. Jefferson CA Sch Dist. 5.000% 08/01/26 | C | Interest | M | T | | | | | |
| 767. Jefferson CA Sch Dist. 5.0% 07/15/26 | C | Interest | M | T | | | | | |
| 768. Lake Arrowhead CA Dist Wtr 4.500% 10/01/26 | C | Interest | L | T | | | | | |
| 769. Liberty CA High Sch 4.250% 08/01/26 | B | Interest | L | T | | | | | |
| 770. Lodi CA Elec Sys 4.5% 07/01/25 | B | Interest | | | Redeemed | 07/02/18 | L | | |
| 771. Los Angeles CA Comm College 5.0% 08/01/26 | A | Interest | | | Redeemed | 08/01/18 | | | |
| 772. Los Angeles Comm College 5.00% 08/01/30 | C | Interest | M | T | | | | | |
| 773. Los Angeles CA DWP 5.0% 07/01/26 | C | Interest | | | Redeemed | 07/02/18 | M | | |
| 774. Malibu CA CTFS 4.5% 07/01/27 | C | Interest | M | T | | | | | |
| 775. Oxnard CA Fing Auth 4.750% 06/01/24 | C | Interest | | | Redeemed | 11/28/18 | M | | |
| 776. Palm Springs CA Sch Dist. 3.00% 08/01/30 | D | Interest | M | T | | | | | |
| 777. Palm Springs Sch Dist 3.0% 08/01/27 | C | Interest | M | T | | | | | |
| 778. Palm Springs Sch Dist 2.50% 08/01/32 | B | Interest | K | T | Buy | 01/29/18 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 779.  Pasadena CA CTFS 5.0% 02/01/24 | A | Interest | | | Redeemed | 02/04/18 | M | | |
| 780.  Pasadena CA Elec Rev 4.0% 08/01/24 | B | Interest | L | T | | | | | |
| 781.  Perris CA Sch Dist 5.000% 09/01/28 | B | Interest | K | T | | | | | |
| 782.  Placentia-Yorba Linda CA Sch Dist 2.75% 08/01/26 | C | Interest | M | T | | | | | |
| 783.  Redding CA Elec Sys 5.0% 06/01/27 | A | Interest | | | Redeemed | 04/01/18 | K | | |
| 784.  Redlands CA Sch Dist 5.000% 07/01/25 | | None | | | Redeemed | 01/11/18 | M | | |
| 785.  Redondo Beach CA Sch Dist 4.0% 08/01/25 | C | Interest | M | T | | | | | |
| 786.  Redondo Beach CA Sch Dist 5.0% 08/01/30 | C | Interest | L | T | Buy | 01/29/18 | L | | |
| 787.  Riverside CA Sewer Sys 5.000% 08/01/28 | D | Interest | M | T | | | | | |
| 788.  Rowland CA Sch Dist 3.000% 08/01/29 | C | Interest | M | T | | | | | |
| 789.  San Bernardino CA Comm College 5.000% 08/01/28 | D | Interest | M | T | | | | | |
| 790.  San Bernardino CA Sch Dist 5.0% 08/11/31 | C | Interest | M | T | Buy | 03/25/18 | M | | |
| 791.  San Bruno CA Pub Fin 5.00% 07/01/30 | D | Interest | M | T | | | | | |
| 792.  San Diego CA Conv. Cnt 5.0% 04/15/26 | D | Interest | M | T | | | | | |
| 793.  San Diego PFFA 5.0% 10/15/25 | D | Interest | N | T | | | | | |
| 794.  San Diego CA Sch Dist 5.5% 07/01/24 | D | Interest | M | T | | | | | |
| 795.  San Diego CNTY CA Regl Trans 5.0% 04/01/29 | D | Interest | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wardlaw, Kim M.** | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 796. San Dieguito CA Sch Dist 4.0% 08/01/31 | C | Interest | M | T | Buy | 08/29/18 | M | | |
| 797. San Francisco Comm College 5.000% 06/15/27 | D | Interest | M | T | | | | | |
| 798. San Francisco CA Pub Util 5.0% 11/01/25 | C | Interest | M | T | | | | | |
| 799. San Francisco CA Pub Util 5.0% 11/01/26 | C | Interest | L | T | | | | | |
| 800. San Francisco CA Pub Util 4.0% 11/01/30 | C | Interest | M | T | Buy | 08/27/18 | M | | |
| 801. San Francisco CA City & County 3.25% 06/15/34 | C | Interest | L | T | Buy | 05/27/18 | M | | |
| 802. San Francisco CA City & County 3.0% 06/15/29 | C | Interest | M | T | Buy | 05/30/18 | M | | |
| 803. San Gabriel CA Sch Dist 5.25% 08/01/24 | C | Interest | | | Redeemed | 08/01/18 | M | | |
| 804. San Juan CA Sch Dist 5.0% 08/01/25 | C | Interest | L | T | | | | | |
| 805. San Leandro CA Sch Dist 4.5% 08/01/26 | C | Interest | L | T | | | | | |
| 806. Santa Ana College IMP 5.0% 08/01/30 | D | Interest | M | T | Buy | 01/29/18 | M | | |
| 807. Santa Clara CA Sch Dist 3.000% 07/01/28 | D | Interest | M | T | | | | | |
| 808. Santa Monica CA Redev Agy 5.0% 07/01/32 | C | Interest | M | T | Buy | 07/25/18 | M | | |
| 809. Santa Rosa CA Wtr Rev 5.0% 09/01/26 | D | Interest | M | T | | | | | |
| 810. Seattle Genetics | | None | K | T | | | | | |
| 811. Sonoma CA Comm Dev 5.00% 06/01/29 | C | Interest | M | T | | | | | |
| 812. So Cal Logistics 4.125% 12/01/20 | B | Interest | K | T | Sold (part) | 12/01/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 813. Stockton CA Sch Dist 5.000% 08/01/27 | C | Interest | M | T | | | | | |
| 814. VBIV Vaccines (formerly SCIVAC Theropeutics) | | None | J | T | | | | | |
| 815. Yountville CA Fin Auth 4.375% 10/01/24 | B | Interest | | | Redeemed | 10/01/18 | L | | |
| 816. Yosemite CA Comm. College 5.0% 08/01/25 | C | Interest | M | T | | | | | |
| 817. Yosemite CA Comm. College 5.000% 08/01/29 | C | Interest | L | T | | | | | |
| 818. MS Bank Deposit | A | Interest | J | T | | | | | |
| 819. FS Equity Partners IV | | | | | | | | | |
| 820. Sur La Table | | None | M | U | | | | | |
| 821. FS Equity Partners V | | | | | | | | | |
| 822. El Pollo Loco Inc common stock | | None | N | T | | | | | |
| 823. FS Equity Partners VI | | | | | | | | | |
| 824. Floor and Decor common stock | G | Dividend | P1 | T | Sold (part) | 05/23/18 | P1 | H1 | |
| 825. | | | | | Sold (part) | 09/18/18 | P1 | H1 | |
| 826. Boot Barn common stock | G | None | | | Sold | 05/23/18 | P1 | H1 | |
| 827. MicroStar common stock | | | O | U | | | | | |
| 828. Arhaus common stock | | None | O | U | | | | | |
| 829. totes Isotoner Holdings Corp. common stock | | None | O | U | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 830. FS Equity Partners VII | | | | | | | | | |
| 831. totes Isotoner Holdings Corp. common stock | None | M | U | | | | | |
| 832. Plantation Products, LLC | None | O | U | | | | | |
| 833. Regent Holding Company | None | N | U | | | | | |
| 834. Osprey Packs, Inc. | None | N | U | | | | | |
| 835. ISN Holding Corp | None | O | U | | | | | |
| 836. City Barbeque, Inc. | None | M | U | | | | | |
| 837. BPB Holdings Corp | None | O | U | | | | | |
| 838. Cafe Rio comm stock | None | O | U | | | | | |
| 839. PF Baseline Fitness common stock | None | M | U | | | | | |
| 840. CRH Healthcare Holdings | None | O | U | Buy | 12/12/18 | O | | |
| 841. Riordan Venture Association | | | | | | | | |
| 842. TW Holdings common stock | None | | | Sold | 04/13/18 | J | | |
| 843. Avella, Inc. preferred stock | None | | | Sold | 08/14/18 | K | C | |
| 844. Mondo (formerly Bluewolf Group LLC) | None | | | Sold | 09/20/18 | K | A | |
| 845. Siteworx | None | J | U | | | | | |
| 846. Chartis Group | None | J | U | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 847. RGM Group | | None | | | Sold | 12/13/18 | J | | |
| 848. Patient Care America (formerly DCRX Infusion) | | None | J | U | | | | | |
| 849. Clarity Solution Group | | None | L | U | | | | | |
| 850. Inspirage LLC | | None | K | U | | | | | |
| 851. Utegration | | None | J | U | | | | | |
| 852. Clearview Corp | | None | K | U | | | | | |
| 853. Illuminate Holdings | | None | J | U | Buy | 09/11/18 | J | | |
| 854. Biorasi Holdings | | None | K | T | Buy | 10/24/18 | K | | |
| 855. Bistro 45 common stock | A | Dividend | J | U | | | | | |
| 856. MS Retire Accts (401k-profit) | | | | | | | | | |
| 857. Invesco Pacific Growth Fund | B | Dividend | M | T | | | | | |
| 858. MSDW Liquid Asset Account Trust Fund | A | Dividend | K | T | | | | | |
| 859. HP Inc (formerly Hewlett Packard) common stock | A | Dividend | | | Sold | 12/14/18 | K | A | |
| 860. Proctor & Gamble common stock | D | Dividend | M | T | | | | | |
| 861. Altria Group common stock | B | Dividend | K | T | | | | | |
| 862. Cisco Sys common stock | B | Dividend | L | T | | | | | |
| 863. Kraft Foods Inc common stock | A | Dividend | | | Sold | 12/12/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 864.  Mondelez Int'l common stock | A | Dividend | | | Sold | 12/12/18 | K | A | |
| 865.  Philip Morris | B | Dividend | K | T | Sold<br>(part) | 12/12/18 | K | A | |
| 866.  Gilead Science | C | Dividend | L | T | | | | | |
| 867.  Hewlett Packard Enterprise | A | Dividend | | | Sold | 12/12/18 | J | A | |
| 868.  Editas Med Inc | | None | K | T | Buy | 01/15/18 | K | | |
| 869.  Incyte Corp | | None | K | T | Buy | 02/21/18 | K | | |
| 870.  Invesco Div. Growth Fund | D | Dividend | M | T | | | | | |
| 871.  American Funds New World Fund | D | Dividend | O | T | | | | | |
| 872.  Trust #4 (IR-W) | | | | | | | | | |
| 873.  CAPITAL GROUP ALTERNATIVE STRATEGIES FUND, LP | | None | O | T | Buy | 09/27/18 | K | | |
| 874.  CAPITAL GROUP CA CORE MUNICIPAL FUND | D | Dividend | O | T | Buy | 01/30/18 | J | | |
| 875. | | | | | Buy | 02/27/18 | J | | |
| 876. | | | | | Buy | 03/28/18 | J | | |
| 877. | | | | | Buy | 04/27/18 | J | | |
| 878. | | | | | Buy | 05/30/18 | J | | |
| 879. | | | | | Buy | 06/28/18 | J | | |
| 880. | | | | | Buy | 07/30/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 881. | | | | | Buy | 08/30/18 | J | | |
| 882. | | | | | Buy | 09/27/18 | J | | |
| 883. | | | | | Buy | 10/30/18 | J | | |
| 884. | | | | | Buy | 11/29/18 | J | | |
| 885. | | | | | Sold (part) | 12/18/18 | J | A | |
| 886. | | | | | Buy | 12/28/18 | J | | |
| 887. CAPITAL GROUP CORE MUNICIPAL FUND | C | Dividend | M | T | Buy | 01/30/18 | J | | |
| 888. | | | | | Buy | 02/27/18 | J | | |
| 889. | | | | | Buy | 03/28/18 | J | | |
| 890. | | | | | Buy | 04/27/18 | J | | |
| 891. | | | | | Buy | 05/30/18 | J | | |
| 892. | | | | | Buy | 06/28/18 | J | | |
| 893. | | | | | Buy | 07/30/18 | J | | |
| 894. | | | | | Buy | 08/30/18 | J | | |
| 895. | | | | | Buy | 09/27/18 | J | | |
| 896. | | | | | Buy | 10/30/18 | J | | |
| 897. | | | | | Buy | 11/29/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 898. | | | | | Sold (part) | 12/18/18 | J | A | |
| 899. | | | | | Buy | 12/28/18 | J | | |
| 900. AMERICAN FUNDS CAPITAL INCOME BUILDER CL F3 | C | Dividend | M | T | Buy | 03/14/18 | J | | |
| 901. | | | | | Buy | 06/13/18 | J | | |
| 902. | | | | | Buy | 09/12/18 | J | | |
| 903. | | | | | Sold (part) | 12/18/18 | J | A | |
| 904. | | | | | Buy | 12/21/18 | J | | |
| 905. AMERICAN FUNDS CAPITAL WORLD GROWTH AND INCOME FUND CL F3 | D | Dividend | N | T | Buy | 03/14/18 | J | | |
| 906. | | | | | Sold (part) | 03/26/18 | J | A | |
| 907. | | | | | Buy | 06/13/18 | J | | |
| 908. | | | | | Sold (part) | 06/22/18 | J | A | |
| 909. | | | | | Buy | 09/12/18 | J | | |
| 910. | | | | | Buy | 12/18/18 | K | | |
| 911. | | | | | Sold (part) | 12/18/18 | J | A | |
| 912. | | | | | Buy | 12/19/18 | K | | |
| 913. CGASF LIQUIDATING PORTFOLIO | | None | | | Sold | 09/27/18 | K | B | |
| 914. AMERICAN FUNDS EUROPACIFIC GROWTH FUND CL F3 | B | Dividend | M | T | Sold (part) | 03/26/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 915. | C | Distribution | | | Buy | 06/13/18 | J | | |
| 916. | B | Distribution | | | Buy | 12/20/18 | J | | |
| 917. | | | | | Buy | 12/27/18 | J | | |
| 918. AMERICAN FUNDS FUNDAMENTAL INVESTORS CL F3 | D | Dividend | O | T | Buy | 03/16/18 | J | | |
| 919. | | | | | Sold (part) | 03/26/18 | J | A | |
| 920. | C | Distribution | | | Buy | 06/15/18 | J | | |
| 921. | | | | | Sold (part) | 06/22/18 | J | A | |
| 922. | | | | | Buy | 09/14/18 | J | | |
| 923. | | | | | Sold (part) | 12/18/18 | J | A | |
| 924. | | | | | Buy | 12/21/18 | K | | ` |
| 925. AMERICAN FUNDS GROWTH FUND OF AMERICA CL F3 | C | Dividend | O | T | Sold (part) | 02/01/18 | J | A | |
| 926. | | | | | Sold (part) | 03/26/18 | J | B | |
| 927. | | | | | Sold (part) | 04/26/18 | J | A | |
| 928. | | | | | Sold (part) | 06/22/18 | J | C | |
| 929. | | | | | Sold (part) | 07/26/18 | J | A | |
| 930. | | | | | Sold (part) | 10/25/18 | J | A | |
| 931. | | | | | Sold (part) | 12/18/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 932. | | | | | | Buy | 12/21/18 | J | | |
| 933. | HARBOURVEST 2015 GLOBAL FUND HOLDINGS LP | | None | M | T | Buy | 03/29/18 | K | | |
| 934. | | | | | | Buy | 06/28/18 | J | | |
| 935. | | | | | | Buy | 09/28/18 | J | | |
| 936. | | | | | | Buy | 12/21/18 | J | | |
| 937. | HARBOURVEST 2017 GLOBAL FUND HOLDINGS LP | | None | M | T | Buy | 03/28/18 | K | | |
| 938. | | | | | | Buy | 06/28/18 | K | | |
| 939. | | | | | | Buy | 09/27/18 | J | | |
| 940. | | | | | | Buy | 12/18/18 | K | | |
| 941. | AMERICAN FUNDS NEW PERSPECTIVE FUND CL F3 | D | Dividend | N | T | Sold (part) | 03/26/18 | J | | |
| 942. | | | | | | Sold (part) | 06/22/18 | J | | |
| 943. | | | | | | Sold (part) | 12/18/18 | J | | |
| 944. | | | | | | Buy | 12/21/18 | K | | |
| 945. | AMERICAN FUNDS NEW WORLD FUND CL F3 | D | Dividend | N | T | Sold (part) | 03/26/18 | J | | |
| 946. | | C | Distribution | | | Buy | 12/21/18 | J | | |
| 947. | | | | | | Buy | 12/24/18 | J | | |
| 948. | AMERICAN FUNDS SMALLCAP WORLD FUND CL F3 | | None | M | T | Sold (part) | 03/26/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 949. | | | | | Sold<br>(part) | 06/22/18 | J | | |
| 950. | | | | | Buy | 12/24/18 | J | | |
| 951. | | | | | Buy<br>(add'l) | 12/26/18 | J | | |
| 952. STATE STREET INSTL US GOVT MMKT INVESTOR CLASS FUND #5325 | A | Dividend | J | T | | | | | |
| 953. Trust #5 (IR-K) | | | | | | | | | |
| 954. CAPITAL GROUP ALTERNATIVE STRATEGIES FUND, LP | | None | O | T | Buy | 09/27/18 | K | | |
| 955. CAPITAL GROUP CA CORE MUNICIPAL FUND | D | Dividend | O | T | Buy | 01/30/18 | J | | |
| 956. | | | | | Buy | 02/27/18 | J | | |
| 957. | | | | | Buy | 03/28/18 | J | | |
| 958. | | | | | Buy | 04/27/18 | J | | |
| 959. | | | | | Buy | 05/30/18 | J | | |
| 960. | | | | | Buy | 06/28/18 | J | | |
| 961. | | | | | Buy | 07/30/18 | J | | |
| 962. | | | | | Buy | 08/30/18 | J | | |
| 963. | | | | | Buy | 09/27/18 | J | | |
| 964. | | | | | Buy | 10/30/18 | J | | |
| 965. | | | | | Buy | 11/29/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wardlaw, Kim M.** | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 966. | | | | | Sold (part) | 12/18/18 | J | A | |
| 967. | | | | | Buy | 12/28/18 | J | | |
| 968. CAPITAL GROUP CORE MUNICIPAL FUND | C | Dividend | M | T | Buy | 01/30/18 | J | | |
| 969. | | | | | Buy | 02/27/18 | J | | |
| 970. | | | | | Buy | 03/28/18 | J | | |
| 971. | | | | | Buy | 04/27/18 | J | | |
| 972. | | | | | Buy | 05/30/18 | J | | |
| 973. | | | | | Buy | 06/28/18 | J | | |
| 974. | | | | | Buy | 07/30/18 | J | | |
| 975. | | | | | Buy | 08/30/18 | J | | |
| 976. | | | | | Buy | 09/27/18 | J | | |
| 977. | | | | | Buy | 10/30/18 | J | | |
| 978. | | | | | Buy | 11/29/18 | J | | |
| 979. | | | | | Sold (part) | 12/18/18 | J | A | |
| 980. | | | | | Buy | 12/28/18 | J | | |
| 981. AMERICAN FUNDS CAPITAL INCOME BUILDER CL F3 | C | Dividend | M | T | Buy | 03/14/18 | J | | |
| 982. | | | | | Buy | 06/13/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 983. | | | | | Buy | 09/12/18 | J | | |
| 984. | | | | | Sold (part) | 12/18/18 | J | A | |
| 985. | | | | | Buy | 12/21/18 | J | | |
| 986. AMERICAN FUNDS CAPITAL WORLD GROWTH AND INCOME FUND CL F3 | D | Dividend | N | T | Buy | 03/14/18 | J | | |
| 987. | | | | | Sold (part) | 03/26/18 | J | A | |
| 988. | | | | | Buy | 06/13/18 | J | | |
| 989. | | | | | Sold (part) | 06/22/18 | J | A | |
| 990. | | | | | Buy | 09/12/18 | J | | |
| 991. | | | | | Sold (part) | 12/18/18 | K | A | |
| 992. | | | | | Buy | 12/18/18 | K | | |
| 993. CGASF LIQUIDATING PORTFOLIO | | None | | | Sold | 09/27/18 | K | B | |
| 994. AMERICAN FUNDS EUROPACIFIC GROWTH FUND CL F3 | B | Dividend | M | T | Sold (part) | 03/26/18 | J | A | |
| 995. | | | | | Buy | 06/13/18 | J | | |
| 996. | | | | | Buy | 12/20/18 | J | | |
| 997. | | | | | Buy | 12/27/18 | J | | |
| 998. AMERICAN FUNDS FUNDAMENTAL INVESTORS CL F3 | D | Dividend | O | T | Buy | 03/16/18 | J | | |
| 999. | | | | | Sold (part) | 03/26/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1000. | | | | | Buy | 06/15/18 | J | | |
| 1001. | | | | | Sold (part) | 06/22/18 | J | A | |
| 1002. | | | | | Buy | 09/14/18 | J | | |
| 1003. | | | | | Sold (part) | 12/18/18 | J | A | |
| 1004. | | | | | Buy | 12/21/18 | K | | |
| 1005. AMERICAN FUNDS GROWTH FUND OF AMERICA CL F3 | C | Dividend | O | T | Sold (part) | 02/01/18 | J | A | |
| 1006. | | | | | Sold (part) | 03/26/18 | J | B | |
| 1007. | | | | | Sold (part) | 04/26/18 | J | A | |
| 1008. | | | | | Sold (part) | 06/22/18 | J | C | |
| 1009. | | | | | Sold (part) | 07/26/18 | J | A | |
| 1010. | | | | | Sold (part) | 10/25/18 | J | A | |
| 1011. | | | | | Sold (part) | 12/18/18 | J | A | |
| 1012. | | | | | Buy | 12/21/18 | L | | |
| 1013. HARBOURVEST 2015 GLOBAL FUND HOLDINGS LP | | None | M | T | Buy | 03/29/18 | K | | |
| 1014. | | | | | Buy | 06/28/18 | J | | |
| 1015. | | | | | Buy | 09/28/18 | J | | |
| 1016. | | | | | Buy | 12/21/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1017. HARBOURVEST 2017 GLOBAL FUND HOLDINGS LP | | None | M | T | Buy | 03/28/18 | K | | |
| 1018. | | | | | Buy | 06/28/18 | K | | |
| 1019. | | | | | Buy | 09/27/18 | J | | |
| 1020. | | | | | Buy | 12/18/18 | K | | |
| 1021. AMERICAN FUNDS NEW PERSPECTIVE FUND CL F3 | D | Dividend | N | T | Sold (part) | 03/26/18 | J | A | |
| 1022. | | | | | Sold (part) | 06/22/18 | J | B | |
| 1023. | | | | | Sold (part) | 12/18/18 | J | A | |
| 1024. AMERICAN FUNDS NEW WORLD FUND CL F3 | D | Dividend | N | T | Sold (part) | 03/26/18 | J | A | |
| 1025. | | | | | Buy | 12/24/18 | J | | |
| 1026. AMERICAN FUNDS SMALLCAP WORLD FUND CL F3 | | None | M | T | Sold (part) | 03/26/18 | J | A | |
| 1027. | | | | | Sold (part) | 06/22/18 | J | A | |
| 1028. | | | | | Buy | 12/27/18 | J | | |
| 1029. STATE STREET INSTL US GOVT MMKT INVESTOR CLASS FUND #5325 | A | Distribution | J | T | | | | | |
| 1030. Trust #6 ▓▓▓▓ | | | | | | | | | |
| 1031. Invesco Dividend Growth | A | Dividend | K | T | | | | | |
| 1032. American Funds New World Fund | C | Dividend | N | T | | | | | |
| 1033. Incyte Corp | | None | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wardlaw, Kim M.** | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1034. Seattle Genetics Inc | | None | K | T | | | | | |
| 1035. MSDW Active Money Trust | A | Dividend | J | T | | | | | |
| 1036. El Pollo Loco common stock | | None | J | T | | | | | |
| 1037. CAPITAL GROUP ALTERNATIVE STRATEGIES FUND, LP | | None | O | T | Buy | 09/27/18 | K | | |
| 1038. CAPITAL GROUP CA CORE MUNICIPAL FUND | D | Dividend | N | T | Buy | 01/30/18 | J | | |
| 1039. | | | | | Buy | 02/27/18 | J | | |
| 1040. | | | | | Buy | 04/27/18 | J | | |
| 1041. | | | | | Buy | 05/30/18 | J | | |
| 1042. | | | | | Buy | 06/28/18 | J | | |
| 1043. | | | | | Buy | 07/30/18 | J | | |
| 1044. | | | | | Buy | 08/30/18 | J | | |
| 1045. | | | | | Buy | 09/27/18 | J | | |
| 1046. | | | | | Buy | 10/30/18 | J | | |
| 1047. | | | | | Buy | 11/29/18 | J | | |
| 1048. | | | | | Buy | 12/28/18 | J | | |
| 1049. CAPITAL GROUP CORE MUNICIPAL FUND | C | Dividend | M | T | Buy | 01/30/18 | J | | |
| 1050. | | | | | Buy | 02/27/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1051. | | | | | Buy | 03/28/18 | J | | |
| 1052. | | | | | Buy | 04/27/18 | J | | |
| 1053. | | | | | Buy | 05/30/18 | J | | |
| 1054. | | | | | Buy | 06/28/18 | J | | |
| 1055. | | | | | Buy | 07/30/18 | J | | |
| 1056. | | | | | Buy | 08/30/18 | J | | |
| 1057. | | | | | Buy | 09/27/18 | J | | |
| 1058. | | | | | Buy | 10/30/18 | J | | |
| 1059. | | | | | Buy | 11/29/18 | J | | |
| 1060. | | | | | Buy | 12/28/18 | J | | |
| 1061. AMERICAN FUNDS CAPITAL INCOME BUILDER CL F3 | E | Dividend | N | T | Buy | 03/14/18 | J | | |
| 1062. | | | | | Buy | 06/13/18 | J | | |
| 1063. | | | | | Buy | 09/12/18 | J | | |
| 1064. | | | | | Buy | 12/21/18 | J | | |
| 1065. CGASF LIQUIDATING PORTFOLIO | | None | | | Sold | 09/27/18 | K | B | |
| 1066. AMERICAN FUNDS EUROPACIFIC GROWTH FUND CL F3 | C | Dividend | M | T | Sold (part) | 03/26/18 | J | A | |
| 1067. | | | | | Buy | 06/13/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wardlaw, Kim M.** | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1068. | | | | | Buy | 12/20/18 | J | | |
| 1069. AMERICAN FUNDS FUNDAMENTAL INVESTORS CL F3 | D | Dividend | O | T | Sold (part) | 02/01/18 | J | A | |
| 1070. | | | | | Buy | 03/16/18 | J | | |
| 1071. | | | | | Sold (part) | 03/26/18 | J | A | |
| 1072. | | | | | Sold (part) | 04/26/18 | J | A | |
| 1073. | | | | | Buy | 06/15/18 | J | | |
| 1074. | | | | | Sold (part) | 06/22/18 | J | A | |
| 1075. | | | | | Sold (part) | 07/26/18 | J | A | |
| 1076. | | | | | Buy | 09/14/18 | J | | |
| 1077. | | | | | Sold (part) | 10/25/18 | J | A | |
| 1078. | | | | | Sold (part) | 12/17/18 | J | A | |
| 1079. | | | | | Sold (part) | 12/18/18 | J | A | |
| 1080. | | | | | Buy | 12/21/18 | L | | |
| 1081. AMERICAN FUNDS GROWTH FUND OF AMERICA CL F3 | D | Dividend | O | T | Sold (part) | 03/26/18 | J | B | |
| 1082. | | | | | Sold (part) | 06/22/18 | K | C | |
| 1083. | | | | | Sold (part) | 12/17/18 | J | A | |
| 1084. | | | | | Sold (part) | 12/18/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1085. | | | | | Buy | 12/21/18 | L | | |
| 1086. HARBOURVEST 2015 GLOBAL FUND L.P. | | None | M | T | Buy | 03/28/18 | K | | |
| 1087. | | | | | Buy | 03/29/18 | K | | |
| 1088. | | | | | Buy | 06/28/18 | J | | |
| 1089. | | | | | Buy | 06/28/18 | K | | |
| 1090. | | | | | Buy | 09/27/18 | J | | |
| 1091. | | | | | Buy | 09/28/18 | J | | |
| 1092. | | | | | Buy | 12/18/18 | K | | |
| 1093. | | | | | Buy | 12/21/18 | J | | |
| 1094. AMERICAN FUNDS INVESTMENT COMPANY OF AMERICA CL F3 | D | Dividend | N | T | Buy | 03/16/18 | J | | |
| 1095. | | | | | Sold (part) | 03/26/18 | J | A | |
| 1096. | | | | | Buy | 06/15/18 | J | | |
| 1097. | | | | | Sold (part) | 06/22/18 | J | A | |
| 1098. | | | | | Buy | 09/14/18 | J | | |
| 1099. | | | | | Buy | 12/19/18 | K | | |
| 1100. AMERICAN FUNDS NEW PERSPECTIVE FUND CL F3 | D | Dividend | N | T | Sold (part) | 03/26/18 | J | A | |
| 1101. | | | | | Sold (part) | 06/22/18 | J | A | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1102. | | | | | Buy | 12/21/18 | K | | |
| 1103. AMERICAN FUNDS NEW WORLD FUND CL F3 | D | Dividend | O | T | Sold (part) | 03/26/18 | J | B | |
| 1104. | | | | | Buy | 12/21/18 | J | | |
| 1105. AMERICAN FUNDS SMALLCAP WORLD FUND CL F3 | | None | L | T | Sold (part) | 03/26/18 | J | A | |
| 1106. | | | | | Sold (part) | 06/22/18 | J | A | |
| 1107. | | | | | Buy | 12/24/18 | J | | |
| 1108. HARBOURVEST 2017 GLOBAL FUND LP | | None | M | T | Buy | 03/28/18 | K | | |
| 1109. | | | | | Buy | 06/28/18 | K | | |
| 1110. | | | | | Buy | 09/27/18 | J | | |
| 1111. | | | | | Buy | 12/18/18 | J | | |
| 1112. STATE STREET INSTL US GOVT MMKT INVESTOR CLASS FUND #5325 | A | Dividend | J | T | | | | | |
| 1113. | | | | | | | | | |
| 1114. Trust #7 | | | | | | | | | |
| 1115. Invesco Dividend Growth | A | Dividend | K | T | | | | | |
| 1116. Amercian Funds New World Fund | C | Dividend | N | T | | | | | |
| 1117. Incyte Corp | | None | K | T | | | | | |
| 1118. Seattle Genetics | | None | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1119. MSDW Active Money Trust | A | Dividend | J | T | | | | | |
| 1120. El Pollo Loco common Stock | | None | J | T | | | | | |
| 1121. CAPITAL GROUP ALTERNATIVE STRATEGIES FUND, LP | | None | O | T | Buy | 09/27/18 | K | | |
| 1122. CAPITAL GROUP CA CORE MUNICIPAL FUND | D | Dividend | N | T | Buy | 01/30/18 | J | | |
| 1123. | | | | | Buy | 02/27/18 | J | | |
| 1124. | | | | | Buy | 03/28/18 | J | | |
| 1125. | | | | | Buy | 04/27/18 | J | | |
| 1126. | | | | | Buy | 05/30/18 | J | | |
| 1127. | | | | | Buy | 06/28/18 | J | | |
| 1128. | | | | | Buy | 07/30/18 | J | | |
| 1129. | | | | | Buy | 08/30/18 | J | | |
| 1130. | | | | | Buy | 09/27/18 | J | | |
| 1131. | | | | | Buy | 10/30/18 | J | | |
| 1132. | | | | | Buy | 11/29/18 | J | | |
| 1133. | | | | | Sold (part) | 12/18/18 | J | A | |
| 1134. | | | | | Buy | 12/28/18 | J | | |
| 1135. CAPITAL GROUP CORE MUNICIPAL FUND | C | Dividend | M | T | Buy | 01/30/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1136. | | | | | Buy | 02/27/18 | J | | |
| 1137. | | | | | Buy | 03/28/18 | J | | |
| 1138. | | | | | Buy | 04/27/18 | J | | |
| 1139. | | | | | Buy | 05/30/18 | J | | |
| 1140. | | | | | Buy | 06/28/18 | J | | |
| 1141. | | | | | Buy | 07/30/18 | J | | |
| 1142. | | | | | Buy | 08/30/18 | J | | |
| 1143. | | | | | Buy | 09/27/18 | J | | |
| 1144. | | | | | Buy | 10/30/18 | J | | |
| 1145. | | | | | Buy | 11/29/18 | J | | |
| 1146. | | | | | Sold (part) | 12/18/18 | J | A | |
| 1147. | | | | | Buy | 12/28/18 | J | | |
| 1148. AMERICAN FUNDS CAPITAL INCOME BUILDER CL F3 | E | Dividend | N | T | Buy | 03/14/18 | J | | |
| 1149. | | | | | Buy | 06/13/18 | J | | |
| 1150. | | | | | Buy | 09/12/18 | J | | |
| 1151. | | | | | Sold (part) | 12/18/18 | J | A | |
| 1152. | | | | | Buy | 12/21/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1153. CGASF LIQUIDATING PORTFOLIO | | None | | | Sold | 09/27/18 | K | B | |
| 1154. AMERICAN FUNDS EUROPACIFIC GROWTH FUND CL F3 | C | Dividend | M | T | Sold (part) | 03/26/18 | J | A | |
| 1155. | | | | | Buy | 06/13/18 | J | | |
| 1156. | | | | | Buy | 12/20/18 | J | | |
| 1157. AMERICAN FUNDS FUNDAMENTAL INVESTORS CL F3 | D | Dividend | O | T | Sold (part) | 02/01/18 | J | A | |
| 1158. | | | | | Buy | 03/16/18 | J | | |
| 1159. | | | | | Sold (part) | 03/26/18 | J | A | |
| 1160. | | | | | Sold (part) | 04/26/18 | J | A | |
| 1161. | | | | | Buy | 06/15/18 | J | | |
| 1162. | | | | | Sold (part) | 06/22/18 | J | A | |
| 1163. | | | | | Sold (part) | 07/26/18 | J | A | |
| 1164. | | | | | Buy | 09/14/18 | J | | |
| 1165. | | | | | Sold (part) | 10/25/18 | J | A | |
| 1166. | | | | | Sold (part) | 12/18/18 | J | A | |
| 1167. | | | | | Buy | 12/21/18 | L | | |
| 1168. HARBOURVEST 2015 GLOBAL FUND HOLDINGS LP | | None | M | T | Buy | 03/29/18 | K | | |
| 1169. | | | | | Buy | 06/28/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1170. | | | | | Buy | 09/28/18 | J | | |
| 1171. | | | | | Buy | 12/21/18 | J | | |
| 1172. HARBOURVEST 2017 GLOBAL FUND LP | None | | M | T | Buy | 03/28/18 | K | | |
| 1173. | | | | | Buy | 06/28/18 | K | | |
| 1174. | | | | | Buy | 09/27/18 | J | | |
| 1175. | | | | | Buy | 12/18/18 | J | | |
| 1176. AMERICAN FUNDS INVESTMENT COMPANY OF AMERICA CL F3 | D | Dividend | N | T | Buy | 03/16/18 | J | | |
| 1177. | | | | | Sold (part) | 03/26/18 | J | A | |
| 1178. | | | | | Buy | 06/15/18 | J | | |
| 1179. | | | | | Sold (part) | 06/22/18 | J | A | |
| 1180. | | | | | Buy | 09/14/18 | J | | |
| 1181. | | | | | Sold (part) | 12/18/18 | J | A | |
| 1182. | | | | | Buy | 12/19/18 | K | | |
| 1183. AMERICAN FUNDS NEW PERSPECTIVE FUND CL F3 | D | Dividend | N | T | Sold (part) | 03/26/18 | J | A | |
| 1184. | | | | | Sold (part) | 06/22/18 | J | A | |
| 1185. | | | | | Sold (part) | 12/18/18 | J | A | |
| 1186. | | | | | Buy | 12/21/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1187. AMERICAN FUNDS NEW WORLD FUND CL F3 | D | Dividend | O | T | Sold (part) | 03/26/18 | J | B | |
| 1188. | | | | | Buy | 12/21/18 | J | | |
| 1189. AMERICAN FUNDS SMALLCAP WORLD FUND CL F3 | | None | L | T | Sold (part) | 03/26/18 | J | A | |
| 1190. | | | | | Sold (part) | 06/22/18 | J | A | |
| 1191. | | | | | Sold (part) | 12/18/18 | J | A | |
| 1192. | | | | | Buy | 12/18/18 | J | | |
| 1193. AMERICAN FUNDS GROWTH FUND OF AMERICA CL F3 | D | Dividend | O | T | Sold (part) | 03/26/18 | J | B | |
| 1194. | | | | | Sold (part) | 06/22/18 | K | C | |
| 1195. | | | | | Sold (part) | 12/17/18 | J | A | |
| 1196. | | | | | Sold (part) | 12/18/18 | J | A | |
| 1197. | | | | | Buy | 12/21/18 | L | | |
| 1198. STATE STREET INSTL US GOVT MMKT INVESTOR CLASS FUND #5325 | A | Dividend | J | T | | | | | |
| 1199. Real Estate Partnership - Lau | G | Distribution | | | Sold | 01/04/18 | O | G | |
| 1200. Real Estate Partnership Silverlake | | None | O | U | Buy | 05/17/18 | L | | |
| 1201. | | | | | Buy | 10/03/18 | M | | |
| 1202. | | | | | Buy | 12/17/18 | L | | |
| 1203. Real Estate Partnership Garfield | | None | N | U | Buy | 01/02/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wardlaw, Kim M.** | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1204. | | | | | Buy | 10/03/18 | K | | |
| 1205. Citibank Money Market Fund | C | Interest | O | T | | | | | |
| 1206. Citibank Checking | A | Interest | L | T | | | | | |
| 1207. Citibank Checking | A | Interest | L | T | | | | | |
| 1208. Fargo Investment Partnership | | None | M | U | | | | | |
| 1209. JRK Multifamily LP | F | Distribution | O | U | | | | | |
| 1210. Citi acct | | | | | | | | | |
| 1211. Alvord CA Sch Dist 5.0% 08/01/27 | D | Interest | | | Redeemed | 08/01/18 | N | | |
| 1212. Cal Health FACS 5.00% 11/15/29 | C | Interest | M | T | | | | | |
| 1213. Cal ST GO 4.5% 08/01/26 | A | Interest | | | Redeemed | 10/18/18 | J | | |
| 1214. Cal ST GO 4.00% 12/01/23 | C | Interest | M | T | Buy | | | | |
| 1215. Cal ST GO 5.00% 11/01/26 | D | Interest | M | T | | | | | |
| 1216. Cal ST Univ 5.00% 11/01/30 | C | Interest | M | T | | | | | |
| 1217. Cal ST GO 5.000% 08/01/28 | C | Interest | M | T | | | | | |
| 1218. Cal ST Pub Works 4.0% 06/01/27 | D | Interest | N | T | | | | | |
| 1219. Fresno CA Sch Dist 5.25% 08/01/27 | D | Interest | M | T | | | | | |
| 1220. Fresno CA Sch Dist 3.5% 08/01/26 | C | Interest | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wardlaw, Kim M.** | 03/23/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1221. Gilroy CA Fing Auth 4.0% 11/01/24 | D | Interest | M | T | | | | | |
| 1222. Kern Cnty CA Wtr Dist. 5.0% 05/01/28 | C | Interest | | | Redeemed | 05/01/18 | M | | |
| 1223. Los Angeles CA DWP 5.00% 07/01/33 | C | Interest | M | T | | | | | |
| 1224. Oceanside CA Sch Dist 4.5% 08/01/28 | D | Interest | M | T | | | | | |
| 1225. Redwood City CA Sch Dist 3.0% 08/01/26 | C | Interest | M | T | | | | | |
| 1226. San Diego Cnty CA Trans. 5.0% 04/01/36 | C | Interest | M | T | Buy | 06/14/18 | M | | |
| 1227. San Jose CA Arpt 5.00% 03/01/29 | C | Interest | M | T | | | | | |
| 1228. San Luis Obispo CA CAP IMPR 4.0% 12/01/27 | D | Interest | M | T | | | | | |
| 1229. Santa Clara CA Sch Dist 3.5% 07/01/24 | D | Interest | M | T | | | | | |
| 1230. Univ CA Rev 5.0% 05/15/35 | C | Interest | L | T | Buy | 06/14/18 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wardlaw, Kim M.** | 03/23/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kim M. Wardlaw**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544